IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPIN SCREEN, INC., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 6:25-cv-00189-AM |
| § | |
| KINO-MO LTD. d/b/a HYPERVSN and § | |
| YOONGLI LLC, § | |
| § | |
| *Defendants.* § | |

## ORDER

The Court, having considered Defendant, Kino-Mo Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue, is of the opinion that the Motion should be, in all things,

GRANTED.

IT IS THEREFORE ORDERED that Defendant, Kino-Mo, Ltd.'s Motion for Dismiss for Lack of Personal Jurisdiction and for Improper Venue is hereby GRANTED and the Court hereby dismisses Plaintiff's Original Complaint for Patent Infringement against Defendant, Kino-Mo, Ltd.

DATED: _____      _____
                                                                    JUDGE PRESIDING