FILED
OCT 02 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SPIN SCREEN, INC., | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. WA-25-CV-00189-AM |
| KINO-MO LTD., d/b/a HYPERVSN and YOONGLI LLC, | § | |
| Defendants. | § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(l) and the Local Rules for the United States District Court for the Western District of Texas, Appendix C, Rules 1 and 2, this matter is hereby referred to United States Magistrate Judge Derek Gilliland for the resolution of all non-dispositive pretrial matters, and for the preparation of reports and recommendations to this Court in dispositive pretrial matters. This referral includes the management and oversight of discovery, pretrial scheduling, and any claim construction hearing held pursuant to *Markman v. Westview Instruments,* 517 U.S. 370 (1996). This referral will continue until further order of the Court.

SIGNED and ENTERED on this 2nd day of October 2025.

_____
ALIA MOSES
Chief United States District Judge