IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SPIN SCREEN, INC.,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| V. § | CASE NO. 6:25-CV-00189 | |
| § | | |
| **KINO-MO LTD. d/b/a HYPERVSN and** § | JURY TRIAL DEMANDED | |
| **YOONGLI LLC,** § | | |
| § | | |
| *Defendants.* § | | |

**DECLARATION OF SHEA N. PALAVAN IN SUPPORT OF
PLAINTIFF'S RESPONSE TO
KINO-MO LTD'S MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND IMPROPER VENUE**

I, <u>Shea N. Palavan</u>, hereby declare under the penalty of perjury the following, which is true and correct based on my personal knowledge, or, where stated, based on information and belief:

1. My name is Shea N. Palavan, I am over eighteen (18) years of age and I am a resident of Houston, Harris County, Texas. I am of sound mind, have never been convicted of a misdemeanor or felony, and fully capable of making this declaration. I assert the facts set forth herein, which are true and correct based on my personal knowledge, unless specifically stated as based on information and belief, and, if called as a witness, I could, and would, competently testify thereto.

2. I have been licensed to practice law in Texas since 2012, and am the lead attorney for Plaintiff, Spin Screen, Inc. ("**Plaintiff**") in this matter. I submit this declaration in support of *Planitiff's Response to Kino-Mo Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue*. To the best of my personal knowledge, each of the exhibits listed below is a true, accurate, and complete copy of the original document described, maintained in the ordinary course

of business, and/or obtained from official public records.

3. Attached hereto as Exhibit A is a true and correct copy of a printout of the webpage located at https://yoongli.com/about-yoongli/#section_2a35a34e1, as obtained on October 6, 2025.

4. Attached hereto as Exhibit B is a true and correct copy of a printout of the webpage located at https://yoongli.com/get-in-touch/#section_19971eb52, as obtained on October 6, 2025.

5. Attached hereto as Exhibit C is a true and correct copy of a printout of the webpage located at https://yoongli.com/hypervsn-sales/#innovative-3D, as obtained on October 6, 2025.

6. Attached hereto as Exhibit D is a true and correct copy of a printout of the webpage located at https://yoongli.deci-mal.com/work, as obtained on October 6, 2025.

7. Attached hereto as Exhibit E is a true and correct copy of a printout of the webpage located at https://cbs4local.com/news/local/new-technology-featuring-3d-images-makes-its-way-into-el-paso, as obtained on October 6, 2025.

8. Attached hereto as Exhibit F is a true and correct copy of a printout of the webpage located at https://www.importgenius.com/importers/kino-mo-ltd, as obtained on October 6, 2025.

9. Attached hereto as Exhibit G is a true and correct copy of a printout of the webpage located at https://www.importgenius.com/importers/kino-mo-ltd, as obtained on October 6, 2025.

10. Attached hereto as Exhibit H is a true and correct copy of a printout of the webpage located at https://hypervsn.com/blog/hypervsn-is-coming-to-sxsw-2023.html, as obtained on October 6, 2025.

11. Attached hereto as Exhibit I is a true and correct copy of a printout of the webpage located at https://hypervsn.com/blog/hypervsn-is-vimeos-top-tech-trend-of-2023.html, as obtained on October 6, 2025.

12. Attached hereto as Exhibit J is a true and correct copy of a printout of the webpage located at https://www.sxsw.com/news/2023/marketing-at-sxsw-activation-highlights/, as

obtained on October 6, 2025.

13. Attached hereto as Exhibit K is a true and correct copy of a printout of the webpage located at https://hypervsn.com/blog/wachter-partnership-announcement.html, as obtained on October 6, 2025.

14. Attached hereto as Exhibit L is a true and correct copy of a printout of the webpage located at https://www.wachter.com/locations, as obtained on October 6, 2025.

15. Attached hereto as Exhibit M is a true and correct copy of a printout of the webpage located at https://www.digitalsignagetoday.com/news/wachter-joins-hypervsn-partner-community-as-us-reseller/, as obtained on October 6, 2025.

16. Attached hereto as Exhibit N is a true and correct copy of a printout of the webpage located at https://hypervsn.com/blog/how-sphere-creates-truly-immersive-experience.html, as obtained on October 6, 2025.

17. Attached hereto as Exhibit O is a true and correct copy of a printout of the webpage located at https://www.youtube.com/watch?v=WW_CEO6EKl0, as obtained on October 6, 2025.

18. Attached hereto as Exhibit P is a true and correct copy of a printout of the webpage located at https://www.ehteasley.com/products-and-services/hypervsn/, as obtained on October 6, 2025.

19. Attached hereto as Exhibit Q is a true and correct copy of a printout of the webpage located at https://go2productions.com/services/hypervsn-hologram/, as obtained on October 6, 2025.

20. Attached hereto as Exhibit R is a true and correct copy of a printout of the webpage located at https://go2productions.com/houston/, as obtained on October 6, 2025.

I declare under the penalty of perjury under the laws of the State of Texas and the United

States of America that the foregoing is true and correct based on my personal knowledge.

Executed on the date below in Houston, Harris County, Texas.

Dated: October 6, 2025                     */s/ Shea N. Palavan*
                                            Shea N. Palavan

P a g e  **4 | 4**

[Declaration of Shea N. Palavan in Support of Plaintiff's Response to Kino-Mo Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue]                                                                                                     Case No.: 6:25-CV-00189