# ABOUT YOONGLI



↓

6:25-CV-00189
Plaintiff
EXHIBIT
_____ A _____

# ABOUT Yoongli

At Yoongli, our team is committed to providing trusted holographic solutions to trade show participants, startups, industry-leading brands, and event coordinators alike.

Every step of the way, we leverage our in-depth experience with HYPERVSN technology to deliver standout displays that get noticed.

In turn, our clients have propelled their product launches, marketing campaigns, and sales to new levels.

***Get in touch*** with our dedicated support team today and discover why our Yoongli team is trusted by leading global brands throughout nearly every industry.

# OUR CLIENTS



Johnson & Johnson













HOME(HTTPS://YOONGLI.COM/)

HOLOGRAPHIC RENTALS(HTTPS://YOONGLI.COM/HOLOGRAPHIC-RENTALS/)

HOLO-BOOTH CREATION(HTTPS://YOONGLI.COM/HOLO-BOOTH-CREATION/)

HYPERVSN SALES(HTTPS://YOONGLI.COM/HYPERVSN-SALES/)

**ABOUT YOONGLI(HTTPS://YOONGLI.COM/ABOUT-YOONGLI/)**

**GET IN TOUCH(HTTPS://YOONGLI.COM/GET-IN-TOUCH/)**

**SITE MAP (https://yoongli.com/site-map/)   BLOG (https://yoongli.com/blog/)**