# Get in touch





6:25-CV-00189
Plaintiff
EXHIBIT
B
_____

# CONTACT Yoongli

For questions about our process, inquiries about our rentals, or information on how to purchase HYPERVSN technology, we invite you to reach out today. Once you submit your contact information, a knowledgeable member of our support team will reach out to help. **We respect your privacy**.

 **915-308-4503(tel:+1-915-308-4503)**

 **info@yoongli.com(mailto:info@yoongli.com)**

# LET'S TALK

Name*

Email Address*

Phone Number*

Message*

[ ] I'm not a robot  reCAPTCHA  Privacy - Terms

**SEND**

HOME(HTTPS://YOONGLI.COM/)

HOLOGRAPHIC RENTALS(HTTPS://YOONGLI.COM/HOLOGRAPHIC-RENTALS/)

HOLO-BOOTH CREATION(HTTPS://YOONGLI.COM/HOLO-BOOTH-CREATION/)

HYPERVSN SALES(HTTPS://YOONGLI.COM/HYPERVSN-SALES/)

ABOUT YOONGLI(HTTPS://YOONGLI.COM/ABOUT-YOONGLI/)

GET IN TOUCH(HTTPS://YOONGLI.COM/GET-IN-TOUCH/)

# SITE MAP (https://yoongli.com/site-map/)    BLOG (https://yoongli.com/blog/)