# HYPERVSN SALES



↓

6:25-CV-00189
**Plaintiff**
**EXHIBIT**
**C**
_____

# THE WORLD'S FIRST Integrated 3D Holographic Display

HYPERVSN is a 3D solution that revolutionizes the display market. 3D content appears to be floating in mid-air using four LED-based rays rotating faster than the eye can see.  Achieve staggering business results with the HYPERVSN 3D display.

- Increase sales by up to 40%
- Capture attention with X2 the chance of being seen
- Increase dwell time & message recall by 50%
- Boost foot traffic by up to 30%
- Build brand advocacy & awareness by up to 19%
- Create emotional connections with 88% viewers showing happiness

# ALL-IN-ONE SOLUTION



## Holographic Display

- Modular, allowing for scalability

- Accessories to install the device/s at the required location



## Content Management System

- Manage and monitor devices, content, media playback

- Schedule content and playlists remotely

- Use templates to create 3D content and messages



## 3D Content

- Media library with free content

- Custom content created by our 3D design team

- Upload your own high-quality 3D content

## HYPERVSN Solo

The new generation 3D holographic display solution that allows users to create, display and manage 3D holographic visuals that appear to be floating in mid-air.

- Available in two sizes: 56 cm / 22" & 75 cm / 30"

- Stable 24/7 operation

- Pristine image quality

- Over 16 million colors

- Lightweight and portable

- Low power consumption



# HYPERVSN Wall



Connect any number of single Solo devices and create 3D holographic solutions of virtually any size. Easily manage and display 3D content with the proprietary software tools for Wall.

- Made in the EU with highest global standards
- Industry-grade manufacturing
- Safety guaranteed
- 12-month warranty
- Unparalleled image resolution up to 8K
- Robust lifespan of 5 years
- 24/7 online support

# HYPERVSN Accessories

Whether you are looking to protect your device or help with easy installation, we have a range of accessories for both Solo and Wall to *meet your business needs*.






## LET'S TALK

Name*

Email Address*

Phone Number*

Message*

I'm not a robot
reCAPTCHA
Privacy - Terms

**SEND**

**HOME(HTTPS://YOONGLI.COM/)**

**HOLOGRAPHIC RENTALS(HTTPS://YOONGLI.COM/HOLOGRAPHIC-RENTALS/)**

**HOLO-BOOTH CREATION(HTTPS://YOONGLI.COM/HOLO-BOOTH-CREATION/)**

**HYPERVSN SALES(HTTPS://YOONGLI.COM/HYPERVSN-SALES/)**

ABOUT YOONGLI(HTTPS://YOONGLI.COM/ABOUT-YOONGLI/)

GET IN TOUCH(HTTPS://YOONGLI.COM/GET-IN-TOUCH/)

# SITE MAP (https://yoongli.com/site-map/)   BLOG (https://yoongli.com/blog/)