



### Booth Creation

Do more than just present: captivate. By using HYPERVSN technology, we equip startups and Fortune 100 companies alike with dynamic presentation solutions that get noticed



### Holographic Rentals

With several rental packages to choose from, we offer stunning visual experiences with unparalleled cost-effectiveness

### CREATIVE AND TECHNICAL SERVICES

HYPERVSN revolutionizes displays with 3D content appearing to float in mid-air, using fast-rotating LED rays. Achieve impressive business results with this innovative 3D solution.



### My first project
Project type

**6:25-CV-00189**
**Plaintiff**
**EXHIBIT**
**_____ D _____**