10/6/25, 3:07 PM
New technology featuring 3D images makes its way into El Paso
Case 6:25-cv-00189-AM-DTG    Document 86    Filed 10/06/25    Page 1 of 3



NEWS        WEATHER        COMMUNITY        STATION        GAME CENTER

# New technology featuring 3D images makes its way into El Paso

by Jessica Gonzalez
Wed, October 31st 2018 at 3:58 PM





New technology featuring 3D images makes its way into El Paso via company Yoongli. (KFOX14/CBS4)



Share

```
6:25-CV-00189
  Plaintiff
  EXHIBIT
     E
  _____
```

**TOPICS:**   3D IMAGING    EL PASO, TEXAS    EMERGING TECHNOLOGIES    HOLOGRAPHIC DISPLAY    HOLOGRAPHY

There's a new way to showcase local businesses with the help of 3D technology.

HYPERVSN is a London-based company that creates, displays and manages hologram-like images.

Here in El Paso, tech company Yoongli is an authorized dealer of HYPERVSN images.

10/6/25, 3:07 PM
Case 6:25-cv-00189-AM-DTG    Document 8-6    Filed 10/06/25    Page 2 of 3
New technology featuring 3D images makes its way into El Paso



NEWS    WEATHER    COMMUNITY    STATION    GAME CENTER

purposes.

Some of the 3D holographics are already set up at local businesses like Planet Fitness, Gold's Gym, EP Fitness and Circle K stores across El Paso.

Gonzalez said the company is looking to expand with a network that others can use.

"We are creating a holographic network that is the only one in the Southwest that will allow businesses to advertise through this network," Gonzalez said.

Gonzalez said it is a unique way for businesses to communicate and stand out.

## Conversation

Your voice matters. Discussions are moderated for civility. See our guidelines.

Be the first to comment… 



**No one seems to have shared their thoughts on this topic yet**

Leave a comment so your voice will be heard first.

Powered by OpenWeb                                    Terms  |  Privacy  |  Feedback

**TRENDING**



**Overnight Crash in Mesilla kills Albuquerque Jersey Mike's franchise owner**

**Trump blasts Netanyahu for response to Gaza peace plan: 'Why so f***ing negative?'**

**Two men hospitalized with injuries after s**

Loading ...