**ImportGenius**   Demo

# Kino-mo Ltd.

US Customs records for Kino-mo Ltd. in Houston. See their past imports and exports, including shipments from Flextronics International Ireland, a supplier based in Ireland.

**Call ImportGenius Sales**

Join ImportGenius to see the import/export activity of every company in the United States. Track your competitors, get freight forwarding leads, enforce exclusivity agreements, learn more about your overseas factories, and much more. Instant signup.

**Get United States data for $199**

**Total Shipments**
1

**Trading Partners**
2

Top Partner
KINO-MO LTD. C/O THE SERVICE CENTER

**Ports**
2

Top Port
HOUSTON, TEXAS

Contact Info
**KINO-MO LTD.**

7140 W SAM HOUSTON PKWY HOUSTON, TX 77040 US

6:25-CV-00189
Plaintiff
EXHIBIT
F

## Kino-mo Ltd. Records



Demo

**OVERVIEW** | SHIPMENTS | IMPORTERS | SUPPLIERS | ABOUT

TOTAL SHIPMENTS

**1**

1M  3M  6M  1Y  3Y  **ALL**

📅 2006-11-01 - 2021-12-16

TOTAL SHIPMENTS FROM 2006-11-01 TO 2021-12-16

Precise data and chart data points are only available to paid subscribers

● Importer Shipments

TOP TRADING PARTNERS

LEGEND

FLEXTRONICS IRELAND

TOP PORTS

LEGEND



Demo

More data available to paid subscribers

# Sample Shipment From Kino-mo Ltd.

**BILL OF LADING** SHPT29149939
**ARRIVAL DATE:** 2021-12-15

**PRODUCT**  **TRANSIT**  **COMPANY**

**CONTAINER NUMBER:** NIDU5167028

---

### CARGO #1

**DESCRIPTION**
3D HOLOGRAPHIC PROJECTORS PARTS HS CODE 85286980

| KEYWORDS | HS-CODE | PIECE COUNT |
|---|---|---|
| PROJECTORS PARTS | HS CODE 8528 6980 | 4 |

| LENGTH | HEIGHT |
|---|---|
| 480 | 114 |

| WIDTH | LOAD STATUS |
|---|---|
| 96 | LOADED |

| SEAL | EQUIPMENT DESCRIPTION |
|---|---|
| 026836 | CN |



Demo

| CONTAINER TYPE | MARKS & NUMBERS |
|---|---|
| DATA UNAVAILABLE | 29149939 |

More data available to paid subscribers

## Company Profile

Overview

Shipments

Importers

Suppliers

About

## Sample Shipment

Product

Transit

Company

Get email alerts when this company has new activities.

Follow this company

## Knowledgebase

Is there a way to set up alerts for specific companies or commodities?

What options are available for visualizing the data (graphs, charts, etc.)?

Can ImportGenius help in identifying potential new suppliers?

How detailed are the product descriptions in the ImportGenius database?



limitations?

Does ImportGenius provide support or consultancy for data interpretation?

How often is the database updated?

# Related companies to Kino-mo Ltd.



**FLEXTRONICS I...**
BELGIUM

< 10
Total Shipments

Top trading partners

KINO-MO LTD. — < 10 shipments

MEYER JACK — < 10 shipments



## Product

How it works

Pricing

Tradebase

Search

## Company

About us

Careers

Contact us

Newsroom

  Demo

Manufacturing & Supply Chain

Reports & Blog

Trade Law & Investigations

Join Our Newsletter

Government Compliance

Retail & Wholesale

Banking & Finance

Commodities

Aerospace Compliance

© 2025 Trade Data Services, Inc.

English

中文

Français

한국말

Español