ImportGenius

Demo

# Kino-mo Ltd.

US Customs records for Kino-mo Ltd. in Houston. See their past imports and exports, including shipments from Flextronics International Ireland, a supplier based in Ireland.

📞 Call ImportGenius Sales

Join ImportGenius to see the import/export activity of every company in the United States. Track your competitors, get freight forwarding leads, enforce exclusivity agreements, learn more about your overseas factories, and much more. Instant signup.

Get United States data for $199

**Total Shipments**
1

**Trading Partners**
2

**Top Partner**
KINO-MO LTD. C/O THE SERVICE CENTER

**Ports**
2

**Top Port**
HOUSTON, TEXAS

**Contact Info**
KINO-MO LTD.

7140 W SAM HOUSTON PKWY HOUSTON, TX 77040 US

6:25-CV-00189
Plaintiff
EXHIBIT
_____G_____

## Kino-mo Ltd. Records



Demo

OVERVIEW    SHIPMENTS    IMPORTERS    **SUPPLIERS**    ABOUT

**TOTAL SUPPLIERS**
1

1M   3M   6M   1Y   3Y   **ALL**

📅 2006-11-01 - 2021-12-16

**TOP TRADING PARTNERS**

LEGEND

FLEXTRONICS IRELAND

**TOP PORTS**

LEGEND

ANTWERP

| # | 1 |
|---|---|
| **SUPPLIER** | FLEXTRONICS IRE... |



Demo

| | |
|---|---|
| MOST RECENT | 2021-12-15 |
| NO. OF CONTAIN… | 1 |
| GROSS WEIGHT … | 598 |

More data available to paid subscribers

# Sample Shipment From Kino-mo Ltd.

**BILL OF LADING** SHPT29149939
**ARRIVAL DATE:** 2021-12-15

**PRODUCT**  **TRANSIT**  **COMPANY**

**CONTAINER NUMBER:** NIDU5167028 

### CARGO #1

**DESCRIPTION**
3D HOLOGRAPHIC PROJECTORS PARTS HS CODE 85286980

| KEYWORDS | HS-CODE | PIECE COUNT |
|---|---|---|
| PROJECTORS PARTS | HS CODE 8528 6980 | 4 |

| LENGTH | HEIGHT |
|---|---|
| 480 | 114 |

| WIDTH | LOAD STATUS |
|---|---|
| 96 | LOADED |

 ImportGenius                                                          Demo  ☰

| TYPE | TYPE OF SERVICE |
|---|---|
| DATA UNAVAILABLE | CONTAINER YARD |
| CONTAINER TYPE | MARKS & NUMBERS |
| DATA UNAVAILABLE | 29149939 |

More data available to paid subscribers

## Company Profile

Overview

Shipments

Importers

Suppliers

About

## Sample Shipment

Product

Transit

Company

Get email alerts when this company has new activities.

Follow this company

## Knowledgebase

Is there a way to set up alerts for specific companies or commodities?

What options are available for visualizing the data (graphs, charts, etc.)?

 

What countries' trade data is available on ImportGenius?

Does ImportGenius cover trade data for all types of goods or are there limitations?

Does ImportGenius provide support or consultancy for data interpretation?

How often is the database updated?

# Related companies to Kino-mo Ltd.



**FLEXTRONICS I...**
🇧🇪 BELGIUM
< 10 Total Shipments

Top trading partners

🇺🇸 **KINO-MO LTD.**    < 10 shipments

🇺🇸 **MEYER JACK**    < 10 shipments



### Product
How it works
Pricing

### Company
About us
Careers



Demo



## Industries

Logistics & Freight Forwarding

Manufacturing & Supply Chain

Trade Law & Investigations

Government Compliance

Retail & Wholesale

Banking & Finance

Commodities

Aerospace Compliance

## Resources

Videos & Webinars

Reports & Blog

Join Our Newsletter

© 2025 Trade Data Services, Inc.

English

中文

Français

한국말

Español