

Become a Partner

- Solutions



**Digital Avatar**

Digital Avatar solution for any industry



**Holographic Human**

Life-size 3D holographic human



**Lift & Learn**

Interactive product discoveries



**SmartV 3D Modeller**

Interactive 3D holographic models



**HYPERVSN SmartV Wall**

Scalable 3D Holographic display

 en



6:25-CV-00189
Plaintiff
EXHIBIT
H



**HYPERVSN Prime and Edge**

Our new all-in-one solution



**HYPERVSN Live Streaming**

Broadcast Live Events in Real-time



**HYPERVSN 3D Catalogue**

Controlled 3D products catalogue



**HYPERVSN Slots**

3D Holographic Slot Machine



**HYPERVSN SmartV Solo**

Interactive Holographic Display

 en



**SmartV Digital Avatar**









**Holorgaphic Human**



**Lift & Learn**



**SmartV 3D Modeller**



 en

10/6/25, 6:46 PM
Case 6:25-cv-00189-AM-DTG   Document 8-9   Filed 10/06/25   Page 7 of 33
HYPERVSN to Showcase Latest Solutions at SXSW 2023



**HYPERVSN SmartV Wall**





10/6/25, 6:46 PM
HYPERVSN to Showcase Latest Solutions at SXSW 2023
Case 6:25-cv-00189-AM-DTG    Document 8-9    Filed 10/06/25    Page 8 of 33



**HYPERVSN Prime**

 en



**Holographic Live Streaming**



**HYPERVSN 3D Catalogue**





**HYPERVSN Slots**



 en



**HYPERVSN SmartV Solo**

- Industries





 en

**Industries**

Technology Application



**Use Cases**

Top HYPERVSN Use Cases Library



**Applications**

Immersive experience for your business



**Resources**

Useful information about immersive experiences
- Retail
- Automotive
- Hospitality
- Healthcare
- Education
- DOOH
- Events & Entertaiment

 en

INDUSTRY SOLUTION ARTICLES



**Events in the Post-COVID era**



 en

ALL SUCCESS STORIES



**HYPERVSN Worldwide**
- Immersive Retail
- Event Agencies
- Innovators



 en

APPLICATION ARTICLES



**HYPERVSN Phygital Hub**



 en

10/6/25, 6:46 PM
HYPERVSN to Showcase Latest Solutions at SXSW 2023
Case 6:25-cv-00189-AM-DTG    Document 8-9    Filed 10/06/25    Page 16 of 33



**HYPERVSN Resources**
- Holograms for Events
- Holographic Truck
- OOH
- Technology



 en

**How it works?**

HYPERVSN technology overview



**How to create content?**

Easy ways to create 3D content



**Products**

HYPERVSN products and accessories

HOW IT WORKS
- HOW IT WORKS
- HYPERVSN Display
- HYPERVSN Software Suite
- Interactivity



ALL TUTORIALS

**HYPERVSN Tutorials**

HOW TO CREATE CONTENT
- HOW TO CREATE CONTENT
- HYPERVSN Design Lab

 en



3D STUDIO DEMO

**3D Studio Demo**
HYPERVSN Products & accessories
- HYPERVSN Products & accessories
- HYPERVSN SmartV
- Accessories



NEWS & PRODUCT UPDATES



**HYPERVSN SmartV Platform**

○ [ Company ]



 en **About Company**

10/6/25, 6:46 PM
Case 6:25-cv-00189-AM-DTG
HYPERVSN to Showcase Latest Solutions at SXSW 2023
Document 8-9
Filed 10/06/25
Page 20 of 33

Our mission & philosophy



## HYPERVSN Blog

Success stories & industry updates



## Careers

Open positions at HYPERVSN



## Podcast

Latest HYPERVSN news & updates



## Events Calendar

Visit our booth at the upcoming event



News & Product Updates

## HYPERVSN wins AV Awards

 en



News & Product Updates

**HYPERVSN wins AV Awards**



News & Product Updates

**HYPERVSN wins AV Awards**

 en



News & Product Updates

**HYPERVSN wins AV Awards**



News & Product Updates

**HYPERVSN wins AV Awards**

○ Partnership



**Become a Partner**

Join our network of 270+ partners



**Find a Partner**

Find our partners worldwide

 en



**Partner Resources**

Full range of tools & assets



PARTNER PORTAL

**Partner Portal**



PARTNER PORTAL

**Partner Portal**



 en



PARTNER PORTAL

**Partner Portal**

Demo Request



Blog

- Phygital Lab
- News and Product Updates
- Industry Solutions
- Success Stories
- What is HYPERVSN



 en



Alexander Starodetko

Communications Lead
News and Product Updates

# HYPERVSN to Showcase Latest Solutions at SXSW 2023

07 March 2023 • 5 min read
[Main page](#) » [News and Product Updates](#) » HYPERVSN to Showcase Latest Solutions at SXSW 2023

**London, UK – 7 March 2023 –** Kickstarting the year with huge success at CES, NRF, ISE, and Euroshop the HYPERVSN team is headed to Austin, Texas for the Creative Industries Expo at SXSW 2023 to showcase the latest holographic solutions.

The SXSW Creative Industries Expo is the convergence of all industries on the cutting-edge of technology, design, social good, health + wellness, and more. **The HYPERVSN Phygital Experience Hub (Booth 407)** will bring a variety of the newest [HYPERVSN SmartV solutions](#), including Interactive Window Display and Digital Avatar, to showcase the practical benefits of merging the physical and digital worlds with seamless touch-free interactivity.

HYPERVSN will also be showing a cutting edge 5-metre tall Holographic Human and Full Body Live-Streaming. These Phygital solutions have been met with amazement at all events HYPERVSN has joined in the past few months. And this suite of solutions will showcase the wide array of applications that HYPERVSN technology has for the creative industries.

"Creative industries are multidimensional, constantly changing, and always surprising. And there are always new techniques, styles, and technologies to explore and experiment with. We are bringing our latest HYPERVSN SmartV solutions to push the boundaries of creativity, to experiment with new ideas and technologies, and to shine a light on the richness and diversity of our world through the prism of the creative industries."

Kiryl Chykeyuk – CEO and Co-Founder, HYPERVSN.

Explore the brand-new Phygital solutions from **HYPERVSN** yourself at **SXSW Creative Industries Expo, Booth 407** on **March 12-15, 2023.**

**About HYPERVSN**: HYPERVSN is the award-winning British company responsible for developing the disruptive Integrated 3D Holographic Display Platform that provides an immersive experience for viewers.

Since its official release in 2017, HYPERVSN has been named among 10 best technologies by Yahoo!, USA Today & Inc Magazine.

The proprietary HYPERVSN hardware works in conjunction with the Software Suite to provide customers with an integrated business solution. HYPERVSN holographic solutions are perfect for digital signage campaigns, holographic display billboards, digital out-of-home media, activation events, corporate receptions areas and 3D point of sale displays. Learn more at [www.hypervsn.com](#).

Do you like this post?
⬤⬤⬤

## Related Articles

[View All](#)

 en



News and Product Updates

**World's Largest Retail Hologram Launches in Times Square**

01 August 2025 • 5 min read

News and Product Updates

**HYPERVSN Brings Immersive Tech to UK House at SXSW London**

12 June 2025 • 5 min read

 en



News and Product Updates

**HYPERVSN Crowned The Best AI-Powered Holographic Platform By The World Future Awards**

02 June 2025 • 2 min read

 en

News and Product Updates

**HYPERVSN MS Model Discontinued**

29 May 2025 • 1 min read
View All

subscribe

**Join our mailing list to keep up with the latest HYPERVSN news**

| Your name | Your email | Subscribe |

**Products**

- HYPERVSN SmartV
- HYPERVSN Accessories

**Technology**

- How it works?
- Design Lab
- How to create content
- Interactivity

**Solutions**

- HYPERVSN SmartV Solo
- HYPERVSN SmartV Wall
- Digital Avatar
- Holographic Human
- HYPERVSN 3D Catalog
- HYPERVSN Slots

**Holograms for Event**

**Knowledge Base**

**Industries**

- Retail
- Hospitality
- Healthcare
- Education
- DOOH
- Events & Entertainment

en

**Use Cases**

**Contact Us**

**Company**

- About
- Careers
- Blog
- Podcast

**Partnership**

- Become a Partner
- Find a Partner
- Partner Resources

**INFORMATION**

- Kino-mo Ltd (trading as HYPERVSN)
- Registered in England & Wales No. 07517352
- Registered office and Showroom: Office A, The Makers Building, Nile Street, London, United Kingdom, N1 7RD

**Contacts**

- **Sales Department:**
  - +44 (0) 208-0685-328 ext. 1
  - in**@*****sn.com
  - **Support 24/7:**
  - +44 (0) 208-0685-328 ext. 3.
  - su*****@*****sn.com
- in**@*****sn.com

Legal documents

Copyright © 2025 HYPERVSN. All rights reserved.

4 Item in cart



**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item



en

**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item



**HYPERVSN 3D Catalog**

USD 1,200

Qty

Update

Remove Item

Cart Subtotal:

USD 3,600

[View Card](#) [Checkout](#)

**Request a Callback**

 en



*First name
*First name
*Surname
*Surname
*Company
*Company
*Country
*Country
Aruba
*Business email
*Business email
*Phone Number
(201) 555-0123
*Phone Number
*How did you hear about us?
*How did you hear about us?
en

Area of interest

☐ Get more details

☐ Purchase

☐ Rent for Event

☐ Other

Area of interest

*Terms And Conditions and Privacy Notice Agreement

*Terms And Conditions and Privacy Notice Agreement

☐

I have read [Terms And Conditions](#) and [Privacy Notice Agreement](#)

Let's Get Started!

☐ Verify you are human

CLOUDFLARE
Privacy • Terms

**Demo Request form**

*First name

*First name

*Surname

*Surname

*Company

*Company

*Country

*Country

Aruba ▾

*Business email

*Business email

*Phone Number

(201) 555-0123

*Phone Number

*How did you hear about us?

*How did you hear about us?

*Area of interest

☐ Get more details

☐ Purchase

☐ Rent for Event

☐ Other

*Area of interest

*Terms And Conditions and Privacy Notice Agreement

*Terms And Conditions and Privacy Notice Agreement

☐

I have read [Terms And Conditions](#) and [Privacy Notice Agreement](#)

Let's Get Started!

Verify you are human

CLOUDFLARE
Privacy • Terms

**Support contact**

*First name

*First name

*Surname

*Surname

*Company

*Company

*Country

*Country

Aruba ▾

*Business email

*Business email

*Phone Number

(201) 555-0123

*Phone Number

*How did you hear about us?

🇬🇧 did you hear about us?
en

*Area of interest
☐ Get a quote
☐ Media
☐ Partnership
☐ Career
☐ Other
*Area of interest

[                                        ]

*Your question
*Your question
*Terms And Conditions and Privacy Notice Agreement
*Terms And Conditions and Privacy Notice Agreement
☐

I have read Terms And Conditions and Privacy Notice Agreement

[Let's Get Started!]

☐ Verify you are human

CLOUDFLARE
Privacy • Terms

[                    ]

 en