10/6/25, 6:46 PM
Case 6:25-cv-00189-AM-DTG Document 3-10 Filed 10/06/25 Page 1 of 35
HYPERVSN is Vimeo's Top Tech Trend of 2023 | HYPERVSN



[Become a Partner](#)

○ Solutions



**Digital Avatar**

Digital Avatar solution for any industry



**Holographic Human**

Life-size 3D holographic human



**Lift & Learn**

Interactive product discoveries



**SmartV 3D Modeller**

Interactive 3D holographic models



**HYPERVSN SmartV Wall**

Scalable 3D Holographic display

 en



6:25-CV-00189
Plaintiff
EXHIBIT
I

10/6/25, 6:46 PM
Case 6:25-cv-00189-AM-DTG   Document 8-10   Filed 10/06/25   Page 2 of 35
HYPERVSN is Vimeo's Top Tech Trend of 2023 | HYPERVSN



**HYPERVSN Prime and Edge**

Our new all-in-one solution



**HYPERVSN Live Streaming**

Broadcast Live Events in Real-time



**HYPERVSN 3D Catalogue**

Controlled 3D products catalogue



**HYPERVSN Slots**

3D Holographic Slot Machine



**HYPERVSN SmartV Solo**

Interactive Holographic Display

 en



**SmartV Digital Avatar**









**Holorgaphic Human**



**Lift & Learn**


en



**SmartV 3D Modeller**







**HYPERVSN SmartV Wall**







**HYPERVSN Prime**

 en



**Holographic Live Streaming**



**HYPERVSN 3D Catalogue**







**HYPERVSN Slots**







**HYPERVSN SmartV Solo**

○ Industries



 en **Industries**



Technology Application

10/6/25, 6:46 PM
Case 6:25-cv-00189-AM-DTG
HYPERVSN is Vimeo's Top Tech Trend of 2023 | HYPERVSN
Document 8-10
Filed 10/06/25
Page 12 of 35



**Use Cases**

Top HYPERVSN Use Cases Library



**Applications**

Immersive experience for your business



**Resources**

Useful information about immersive experiences
- Retail
- Automotive
- Hospitality
- Healthcare
- Education
- DOOH
- Events & Entertaiment

 en

10/6/25, 6:46 PM
Case 6:25-cv-00189-AM-DTG HYPERVSN is Vimeo's Top Tech Trend of 2023 | HYPERVSN
Document 8-10 Filed 10/06/25 Page 13 of 35

INDUSTRY SOLUTION ARTICLES



**Events in the Post-COVID era**



 en

ALL SUCCESS STORIES



**HYPERVSN Worldwide**
- Immersive Retail
- Event Agencies
- Innovators



 en

APPLICATION ARTICLES



**HYPERVSN Phygital Hub**



 en



**HYPERVSN Resources**
- Holograms for Events
- Holographic Truck
- OOH
- Technology



 en

**How it works?**

HYPERVSN technology overview



**How to create content?**

Easy ways to create 3D content



**Products**

HYPERVSN products and accessories

HOW IT WORKS
- HOW IT WORKS
- HYPERVSN Display
- HYPERVSN Software Suite
- Interactivity



ALL TUTORIALS

**HYPERVSN Tutorials**

HOW TO CREATE CONTENT
- HOW TO CREATE CONTENT
- HYPERVSN Design Lab

 en



3D STUDIO DEMO

**3D Studio Demo**
HYPERVSN Products & accessories
- HYPERVSN Products & accessories
- HYPERVSN SmartV
- Accessories





**HYPERVSN SmartV Platform**

- Company



 en **About Company**

Our mission & philosophy



## HYPERVSN Blog

Success stories & industry updates



## Careers

Open positions at HYPERVSN



## Podcast

Latest HYPERVSN news & updates



## Events Calendar

Visit our booth at the upcoming event



News & Product Updates

## HYPERVSN wins AV Awards

 en



News & Product Updates

**HYPERVSN wins AV Awards**



News & Product Updates

**HYPERVSN wins AV Awards**

 en



News & Product Updates

**HYPERVSN wins AV Awards**



News & Product Updates

**HYPERVSN wins AV Awards**

○ [Partnership]



**Become a Partner**

Join our network of 270+ partners



**Find a Partner**

Find our partners worldwide

 en



**Partner Resources**

Full range of tools & assets



PARTNER PORTAL

**Partner Portal**



PARTNER PORTAL

**Partner Portal**



 en



PARTNER PORTAL

**Partner Portal**

Demo Request



Blog

- Phygital Lab
- News and Product Updates
- Industry Solutions
- Success Stories
- What is HYPERVSN





Maryia Malchun

Marketing Manager
News and Product Updates

# HYPERVSN is Vimeo's Top Tech Trend of 2023

14 April 2023 • 7 min read

**London, UK –** The team had an incredible time enjoying the famous Texas hospitality, at the SXSW Creative Industries Expo! The technology showcase was just as exciting as [HYPERVSN solutions](#) grabbed the attention of respected brands such as [TechCrunch](#) and Vimeo, earning a top spot on their social pages.

Joined by Urban Air Vehicles, Immersive Art and VR experiences in [Vimeo's top tech trends of](#) [2023](#), what's interesting is that all these innovations have at least one thing in common; they feel futuristic and 'out of this world' – a normal thing now when watching HYPERVSN 3D holographic visuals.

## From 2D to 3D: The Shift in Visual Experiences

Anyone who isn't working with 3D by now is massively underestimating the format's business potential. Yes 2D, LED screens are the norm and have their uses, but it's becoming harder and harder every year to match the excitement, engagement and emotional buzz you get with 3D.

If we Humans could've known what effect switching to 3D visuals would've had on our marketing, we'd have switched over much faster. When declaring the redefinition of Digital Signage, the proof is in the numbers for HYPERVSN: **40% longer viewing and engagement time** when compared with standard 2D signage, along with an **88% emotional boost**, which may result in a 40% sales increase for instance. These metrics have been taken from our portfolio of roughly 500 use cases (this includes both client reports and the team's research across the digital space; the real number of HYPERVSN applications seems to be much higher).

The world has been witnessing the steady growing demand for engaging & immersive experiences, and we can't ignore the efforts signage manufacturers have put into the development of 3D solutions, providing their clients with more and more 3D experiences as interest in the industry grows. However, HYPERVSN has managed to predict the trend of the future and now dominates the 3D Holographic space.

## Visitor Feedback from SXSW

'*Hands down [my] favorite exhibit of the Creative Industries Expo at SXSW 2023,*' was the [feedback](#) in one of HYPERVSN's LinkedIn mentions, with the caption accompanied by a short video of medical visuals appearing to float in mid-air. Formed with dozens of LED lights placed along the 4-ray devices, the visuals are not only stunningly realistic but also completely interactive. Whatever action you take with these holographic visuals, zoom in or rotate, the level of immersiveness and detail blows people's minds.

 en



▶ 0:00 / 0:09

Our SmartV 3D Modeller reinvigorates the learning experience; '*It's so impressive how real it looks,*' another post in Spanish reads, concluding, '*Technology can help patients better understand their clinical conditions and treatment approaches.*' It really can, since at HYPERVSN we have proved the practicality & relevance of interactive holographic visuals for a variety of technical clients across the industries.

'*Could this be the future of healthcare – scanning our organs for better visibility?*' a great suggested use from the LinkedIn community, HealthPals. You can look at the 3D visuals for yourself and guess the answer, but without sounding too boastful we think the answer would be a resounding YES.

## Upgraded and Multifunctional – HYPERVSN in 2023

Combining both hardware and software components, things have taken some exciting turns since 2012, when childhood friends-turned-founders, Kiryl Chykeyuk and Art Stavenka, declined the offer from the BBC's Dragons Den and took a chance on themselves. Starting as a formidable 3D visual marketing tool, we have converted the potential of HYPERVSN technology into a whole variety of innovative applications, to deliver a vision of 'Star Wars-esque' futuristic sci-fi tech into our modern day earth-bound experience.

 en

▶   0:00 / 0:14

Today's HYPERVSN is dominating the industry with Digital Humans and AI Customer Service assistants, with the latter having already made it to the world of Banking. We took a leap into the future of Teleconferencing, allowing for the **real-time integration of 3D human size avatars** in live events, business meetings and conferences. From holographic performances to integrations to staging, **Entertainment** is getting turned on its head with HYPERVSN solutions too. To top it all off, HYPERVSN continues to innovate the Retail industry, creating the ability for brands to implement interactive and personalised shopping experiences to revolutionise their physical stores through Digital Signage.

It's only the start of 2023, and we are already reaching for the stars. Thanks to TechCrunch and Vimeo with their spotlight on our holographic visuals, we're looking forward to the many exciting, creative and challenging projects we're sure to work on this year.

Do you like this post?

▭ ▭ ▭



## Related Articles

View All

 en



News and Product Updates

**World's Largest Retail Hologram Launches in Times Square**

01 August 2025 • 5 min read

News and Product Updates

**HYPERVSN Brings Immersive Tech to UK House at SXSW London**

12 June 2025 • 5 min read

 en



News and Product Updates

**HYPERVSN Crowned The Best AI-Powered Holographic Platform By The World Future Awards**

02 June 2025 • 2 min read

 en

News and Product Updates

**HYPERVSN MS Model Discontinued**

29 May 2025 • 1 min read
View All

subscribe

**Join our mailing list to keep up with the latest HYPERVSN news**

| Your name | Your email | Subscribe |

**Products**

- HYPERVSN SmartV
- HYPERVSN Accessories

**Technology**

- How it works?
- Design Lab
- How to create content
- Interactivity

**Solutions**

- HYPERVSN SmartV Solo
- HYPERVSN SmartV Wall
- Digital Avatar
- Holographic Human
- HYPERVSN 3D Catalog
- HYPERVSN Slots

**Holograms for Event**

**Knowledge Base**

**Industries**

- Retail
- Hospitality
- Healthcare
- Education
- DOOH
- Events & Entertainment

en

**Use Cases**

**Contact Us**

**Company**

- About
- Careers
- Blog
- Podcast

**Partnership**

- Become a Partner
- Find a Partner
- Partner Resources

**INFORMATION**

- Kino-mo Ltd (trading as HYPERVSN)
- Registered in England & Wales No. 07517352
- Registered office and Showroom: Office A, The Makers Building, Nile Street, London, United Kingdom, N1 7RD

**Contacts**

- **Sales Department:**
  - +44 (0) 208-0685-328 ext. 1
  - in**@*****sn.com
  - **Support 24/7:**
  - +44 (0) 208-0685-328 ext. 3.
  - su*****@*****sn.com
- in**@*****sn.com

Legal documents

Copyright © 2025 HYPERVSN. All rights reserved.

4 Item in cart



**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item



en

**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item



**HYPERVSN 3D Catalog**

USD 1,200

Qty

[        ] Update

Remove Item

Cart Subtotal:

USD 3,600

View Card Checkout

**Request a Callback**

 en

Case 6:25-cv-00189-AM-DTG Document 8-10 Filed 10/06/25 Page 33 of 35



*First name
*First name
*Surname
*Surname
*Company
*Company
*Country
*Country

Aruba

*Business email
*Business email
*Phone Number

(201) 555-0123

*Phone Number
*How did you hear about us?
*How did you hear about us?

en

Area of interest

☐ Get more details
☐ Purchase
☐ Rent for Event
☐ Other

Area of interest

*Terms And Conditions and Privacy Notice Agreement
*Terms And Conditions and Privacy Notice Agreement

☐

I have read [Terms And Conditions](#) and [Privacy Notice Agreement](#)

[ Let's Get Started! ]

☐ Verify you are human

CLOUDFLARE
Privacy • Terms

---

**Demo Request form**

[                                                                        ]

*First name [                                        ]
*First name
*Surname [                                    ]
*Surname
*Company [                                        ]
*Company
*Country
*Country
| Aruba                                              ▼ |
*Business email [                                        ]
*Business email
*Phone Number
(201) 555-0123
*Phone Number
*How did you hear about us? [                              ]
*How did you hear about us?
*Area of interest
☐ Get more details
☐ Purchase
☐ Rent for Event
☐ Other
*Area of interest
*Terms And Conditions and Privacy Notice Agreement
*Terms And Conditions and Privacy Notice Agreement
☐

I have read [Terms And Conditions](#) and [Privacy Notice Agreement](#)

[ Let's Get Started! ]

☐ Verify you are human

CLOUDFLARE
Privacy • Terms

---

**Support contact**

[                                                                        ]

*First name [                                        ]
*First name
*Surname [                                    ]
*Surname
*Company [                                        ]
*Company
*Country
*Country
| Aruba                                              ▼ |
*Business email [                                        ]
*Business email
*Phone Number
(201) 555-0123
*Phone Number
*How did you hear about us? [                              ]
🇬🇧 How did you hear about us?
en

*Area of interest
- ☐ Get a quote
- ☐ Media
- ☐ Partnership
- ☐ Career
- ☐ Other

*Area of interest

*Your question

*Your question

*Terms And Conditions and Privacy Notice Agreement

*Terms And Conditions and Privacy Notice Agreement

☐

I have read [Terms And Conditions](#) and [Privacy Notice Agreement](#)

Let's Get Started!

☐ Verify you are human

CLOUDFLARE
Privacy • Terms


en