[BUY](#) [SCHEDULE](#) [Search](#)

- [Badges](#)
- [Events](#)
  - [Innovation](#)
  - [Film & TV](#)
  - [Music](#)
  - [Keynotes & Featured Sessions](#)
  - [Tracks](#)
  - [Comedy](#)
  - [Exhibitions](#)
  - [Awards](#)
- [Guides](#)
  - [Attendee Guides](#)
  - [Getting Around](#)
  - [Accessibility](#)
  - [Hotels](#)
  - [FAQ](#)
  - [Important Dates & Deadlines](#)
  - [Registration Info](#)
  - [SXSW GO App](#)
- [Schedule](#)
- [Partners](#)
  - [Sponsors & Technology Partners](#)
  - [Marketing](#)
  - [Volunteers](#)
  - [Apply to Participate](#)
  - [Apply to Market](#)
  - [Apply to Exhibit](#)

March 12–18, 2026 | Austin June 1–6, 2026 | London March 12–18, 2026 | Austin

**6:25-CV-00189**
**Plaintiff**
**EXHIBIT**
**_____J_____**



Each March, tens of thousands of people flock to the heart of Austin for an unforgettable nine days of Conference sessions, interactive Exhibitions, and the Film & TV, Music, and Comedy festivals, making SXSW one of the largest stages to showcase your brand. With a multitude of customization options, you can dream up almost any brand experience and our SXSW Sales Team will help bring it into reality. Want to get started? Fill out our Marketing Form.

Check out our list of SXSW 2023 Activation Highlights below.

**Porsche X Collaborations Unseen**

The Porsche House returned for its second year featuring outstanding exhibits including life-size Transformers from the recent movie *Transformers: Rise of the Beasts*, never-before-seen cars designed by renowned artists, and multiple live music performances. As a returning Top-Level sponsor for the 2024 season, you can be sure that Porsche will wow us once again with another exciting activation. Be sure to keep them on your list of SXSW 2024 must-sees!







Want to learn more about what's included in a Top-Level Sponsorship? Check out our Sponsorship Opportunities page for more details.

**Showtime®'s Camp Yellowjackets**

Showtime® really left a mark on the 2023 event with the SXSW GO Mobile App presenting sponsorship and an official "Camp *Yellowjackets*" event that gave attendees a sizzling (literally) experience. Showtime® captured our attention and left us hungry for more… barbecue, of course!


SXSW 2023 Camp Yellowjackets - Photo Taylor Prinsen


SXSW 2023 – Photo by Tico Mendoza

**HYPERVSN Holograms**

HYPERVSN kicked off our annual Creative Industries Expo with flair featuring holographic pop stars, sports cars, and more. The Creative Industries Expo is known for showcasing industry leaders with the newest cutting-edge technology, and holograms have officially entered the playing field. Hello, USS Enterprise? Beam us up because we're ready to enter the phygital world.





Learn more about this year's expo and contact us to exhibit.

**North Italia - Pi Day**

What happens when you combine BMX stunts, free tattoos, and all-you-can-eat pizza? A glorious event known as Pi Day, orchestrated by national restaurant chain North Italia. The Pi Day event created an electrifying atmosphere that left attendees exhilarated and fully immersed in a pizza-fueled lifestyle, forever cherishing the memory of gravity-defying motorcycle stunts and endless mouthwatering pizza slices.


SXSW 2023 North Italia - Photo by Bryan Lasky


SXSW 2023 North Italia - Photo by Bryan Lasky



SXSW 2023 North Italia - Photo by Bryan Lasky

**Join Us at SXSW 2024**

One of the most exciting parts of each year's event is all of the out-of-this-world activations put together by our amazing clients and team who believe that no dream is too big to be at SXSW.

From large events to exhibition booths, there is something at SXSW for companies of any scale. To get started, visit our Marketing page or contact us through the Marketing Contact form and a Sales Representative will reach out to you shortly. Stay cool and see you at SXSW 2024!

Keep up with SXSW on Twitter, LinkedIn, Instagram, Facebook, and TikTok.

*SXSW 2023 – Photo by Tico Mendoza*

# Explore SXSW

- category?

  **Everything You Need to Know About SXSW 2026 Right Now**

- category?

  **The Latest Conference Sessions to Help You Start Planning Your Schedule**

- category?

  **Hotels Guide**

- category?

  **All Together Now: A Sneak Peek into SXSW 2026**

- category?

  **Taiwan Beats Showcase SXSW 2025 Music Festival Recap**

- category?

  **SXSW Film & TV Festival Announces 2025 Audience Award Winners**

Sign up for event updates*
utm_campaign
utm_medium

10/6/25, 6:51 PM
Marketing at SXSW 2023 Activation Highlights You Need to See
Case 6:25-cv-00189-AM-DTG    Document 8-1    Filed 10/06/25    Page 7 of 7

utm_source

Submit

See all newsletters.

COMPANY

About Careers Merch Contact Community

PROPERTIES

SXSW EDU SXSW Sydney SXSW London SXSW Books

RESOURCES

Press Center Accessibility FAQ Dates & Deadlines

© 2018 - 2025 SXSW, LLC. SXSW®, SXSW EDU®, and South by Southwest® are trademarks owned by SXSW, LLC. Any unauthorized use of these names, or variations of these names, is a violation of state, federal, and international trademark laws.

Trademark Guidelines Copyright Notice Terms of Use Privacy Policy