[Become a Partner](#)

- Solutions

### Digital Avatar

Digital Avatar solution for any industry

### Holographic Human

Life-size 3D holographic human

### Lift & Learn

Interactive product discoveries

### SmartV 3D Modeller

Interactive 3D holographic models

### HYPERVSN SmartV Wall

Scalable 3D Holographic display

 en

6:25-CV-00189
Plaintiff
EXHIBIT
K



**HYPERVSN Prime and Edge**

Our new all-in-one solution



**HYPERVSN Live Streaming**

Broadcast Live Events in Real-time



**HYPERVSN 3D Catalogue**

Controlled 3D products catalogue



**HYPERVSN Slots**

3D Holographic Slot Machine



**HYPERVSN SmartV Solo**

Interactive Holographic Display

 en



SmartV Digital Avatar

en

en

Holorgaphic Human

Lift & Learn

 en



**SmartV 3D Modeller**



 en



[HYPERVSN SmartV Wall](https://hypervsn.com/blog/wachter-partnership-announcement.html)

 en



HYPERVSN Prime

 en





[Holographic Live Streaming]

[HYPERVSN 3D Catalogue]

 en



[HYPERVSN Slots](https://hypervsn.com/)

 en



[HYPERVSN SmartV Solo]

- Industries

en

## Industries

Technology Application



### Use Cases

Top HYPERVSN Use Cases Library

### Applications

Immersive experience for your business

### Resources

Useful information about immersive experiences

- Retail
- Automotive
- Hospitality
- Healthcare
- Education
- DOOH
- Events & Entertaiment

en

10/6/25, 6:02 PM Case 6:25-cv-00189-AM-DTG Document 8-12 Filed 10/06/25 Page 13 of 33
U.S Tech integration expert Wachter joins the HYPERVSN Reseller Partnership | HYPERVSN

INDUSTRY SOLUTION ARTICLES

**Events in the Post-COVID era**

 en

https://hypervsn.com/blog/wachter-partnership-announcement.html 13/33

ALL SUCCESS STORIES



**HYPERVSN Worldwide**
- Immersive Retail
- Event Agencies
- Innovators



 en

10/6/25, 6:02 PM Case 6:25-cv-00189-AM-DTG Document 8-12 Filed 10/06/25 Page 15 of 33
U.S Tech Integration expert Wachter joins the HYPERVSN Reseller Partnership | HYPERVSN

APPLICATION ARTICLES

PhygitalLab | Podcast
Reimag
Reta

**HYPERVSN Phygital Hub**

en

https://hypervsn.com/blog/wachter-partnership-announcement.html 15/33



**[HYPERVSN Resources](#)**

- [Holograms for Events](#)
- [Holographic Truck](#)
- [OOH](#)
- Technology

 en

### How it works?

HYPERVSN technology overview

### How to create content?

Easy ways to create 3D content

### Products

HYPERVSN products and accessories
HOW IT WORKS

- HOW IT WORKS
- HYPERVSN Display
- HYPERVSN Software Suite
- Interactivity

ALL TUTORIALS

#### HYPERVSN Tutorials

HOW TO CREATE CONTENT

- HOW TO CREATE CONTENT
- HYPERVSN Design Lab

en



[3D STUDIO DEMO](#)

**[3D Studio Demo](#)**

[HYPERVSN Products & accessories](#)

- [HYPERVSN Products & accessories](#)
- [HYPERVSN SmartV](#)
- [Accessories](#)

 en

NEWS & PRODUCT UPDATES



**HYPERVSN SmartV Platform**

- Company



 en   **About Company**

Our mission & philosophy

**HYPERVSN Blog**

Success stories & industry updates

**Careers**

Open positions at HYPERVSN

**Podcast**

Latest HYPERVSN news & updates

**Events Calendar**

Visit our booth at the upcoming event

News & Product Updates

**HYPERVSN wins AV Awards**

en



News & Product Updates

**HYPERVSN wins AV Awards**



News & Product Updates

**HYPERVSN wins AV Awards**

 en



News & Product Updates

**HYPERVSN wins AV Awards**



News & Product Updates

**HYPERVSN wins AV Awards**

- Partnership



**Become a Partner**

Join our network of 270+ partners



**Find a Partner**

 en    Find our partners worldwide



**Partner Resources**

Full range of tools & assets

PARTNER PORTAL 

**Partner Portal**

PARTNER PORTAL 

**Partner Portal**

 en



PARTNER PORTAL

**Partner Portal**

Demo Request



Blog

- Phygital Lab
- News and Product Updates
- Industry Solutions
- Success Stories
- What is HYPERVSN



 en



Darya Krakaviak

PR and Event Manager
News and Product Updates

# U.S Tech integration expert Wachter joins the HYPERVSN Reseller Partnership

12 July 2022 • 5 min read
Main page » News and Product Updates » U.S Tech integration expert Wachter joins the HYPERVSN Reseller Partnership

**London, UK** – Wachter, the US based technology integration experts have joined the HYPERVSN Partner Community as their US reseller.

Working across the industries, Wachter is a nationwide solutions integrator, which provides tech solutions for digital transformation, including design, staging and support services to their clients. Partnering with HYPERVSN is the next logical step, enabling them to take our innovative 3D solutions to new locations and push the American digital signage industry into the future.

HYPERVSN USA Regional Director Aaron Taylor said ‘We are beyond pleased to welcome Wachter into the HYPERVSN Reseller Partnership. This is a poignant partnering up, as both HYPERVSN and Wachter are two companies focused on tech innovation and digital transformation. We can’t wait to see what exciting and inspiring collaborations we have waiting for us in the future.’

‘It makes perfect sense that Wachter, the national leader in tech integration, would partner with HYPERVSN. Together with HYPERVSN’s innovative 3D solutions and Wachter’s industry reach and expertise, we are excited to achieve even better results with bigger, more impactful and more creative projects.’

– Matt Tyler, VP of Strategic Innovation & Business Development at Wachter

**About Wachter**: Wachter combines innovative technologies and leading-edge integrations with traditional systems and decades of expertise to create solutions that meet clients’ business needs today, and can grow with them into the future. With a nationwide workforce of W2 employees, they provide most any business technology or service, for any vertical market, in any location — across the U.S. Learn more at www.wachter.com

**HYPERVSN PR & Marketing contact:**
Darya Krakovyak
da*****@******sn.com

Do you like this post?

 en

10/6/25, 6:02 PM Case 6:25-cv-00189-AM-DTG Document 8-12 Filed 10/06/25 Page 26 of 33
U.S Tech Integration expert Wachter joins the HYPERVSN Reseller Partnership | HYPERVSN

## Related Articles

View All

News and Product Updates

**World's Largest Retail Hologram Launches in Times Square**

01 August 2025 • 5 min read

News and Product Updates

**HYPERVSN Brings Immersive Tech to UK House at SXSW London**

12 June 2025 • 5 min read

 en

https://hypervsn.com/blog/wachter-partnership-announcement.html 26/33

10/6/25, 6:02 PM U.S Tech Integration expert Wachter joins the HYPERVSN Reseller Partnership | HYPERVSN
Case 6:25-cv-00189-AM-DTG Document 8-12 Filed 10/06/25 Page 27 of 33

News and Product Updates

**HYPERVSN Crowned The Best AI-Powered Holographic Platform By The World Future Awards**

02 June 2025 • 2 min read

 en

https://hypervsn.com/blog/wachter-partnership-announcement.html 27/33

News and Product Updates

**HYPERVSN MS Model Discontinued**

29 May 2025 • 1 min read
View All

subscribe

**Join our mailing list to keep up with the latest HYPERVSN news**

Your name Your email Subscribe

**Products**

- HYPERVSN SmartV
- HYPERVSN Accessories

**Technology**

- How it works?
- Design Lab
- How to create content
- Interactivity

**Solutions**

- HYPERVSN SmartV Solo
- HYPERVSN SmartV Wall
- Digital Avatar
- Holographic Human
- HYPERVSN 3D Catalog
- HYPERVSN Slots

**Holograms for Event**

**Knowledge Base**

**Industries**

- Retail
- Hospitality
- Healthcare
- Education
- DOOH
- Events & Entertainment

en

**Use Cases**

**Contact Us**

**Company**

- About
- Careers
- Blog
- Podcast

**Partnership**

- Become a Partner
- Find a Partner
- Partner Resources

**INFORMATION**

- Kino-mo Ltd (trading as HYPERVSN)
- Registered in England & Wales No. 07517352
- Registered office and Showroom: Office A, The Makers Building, Nile Street, London, United Kingdom, N1 7RD

**Contacts**

- **Sales Department:**
  - +44 (0) 208-0685-328 ext. 1
  - in**@******sn.com

  **Support 24/7:**
  - +44 (0) 208-0685-328 ext. 3.
  - su*****@******sn.com
- in**@******sn.com

Legal documents

Copyright © 2025 HYPERVSN. All rights reserved.

4 Item in cart

**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item

en

**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item



**HYPERVSN 3D Catalog**

USD 1,200

Qty

Update

Remove Item

Cart Subtotal:

USD 3,600

View Card Checkout

**Request a Callback**

 en



*First name
*First name
*Surname
*Surname
*Company
*Company
*Country
*Country
Aruba
*Business email
*Business email
*Phone Number
*Phone Number
*How did you hear about us?
*How did you hear about us?
en

Area of interest
- [ ] Get more details
- [ ] Purchase
- [ ] Rent for Event
- [ ] Other

Area of interest
*Terms And Conditions and Privacy Notice Agreement
*Terms And Conditions and Privacy Notice Agreement

I have read Terms And Conditions and Privacy Notice Agreement

Let's Get Started!

Verifying...
Stuck here? Send Feedback
CLOUDFLARE
Privacy • Terms

**Demo Request form**

*First name
*First name
*Surname
*Surname
*Company
*Company
*Country
*Country
Aruba
*Business email
*Business email
*Phone Number
*Phone Number
*How did you hear about us?
*How did you hear about us?
*Area of interest
- [ ] Get more details
- [ ] Purchase
- [ ] Rent for Event
- [ ] Other

*Area of interest
*Terms And Conditions and Privacy Notice Agreement
*Terms And Conditions and Privacy Notice Agreement

I have read Terms And Conditions and Privacy Notice Agreement

Let's Get Started!

Verifying...
Stuck here? Send Feedback
CLOUDFLARE
Privacy • Terms

**Support contact**

*First name
*First name
*Surname
*Surname
*Company
*Company
*Country
*Country
Aruba
*Business email
*Business email
*Phone Number
*Phone Number
*How did you hear about us?
*How did you hear about us?
en

*Area of interest

- Get a quote
- Media
- Partnership
- Career
- Other

*Area of interest

*Your question

*Your question

*Terms And Conditions and Privacy Notice Agreement

*Terms And Conditions and Privacy Notice Agreement

I have read Terms And Conditions and Privacy Notice Agreement

Let's Get Started!

Verifying...

Stuck here? Send Feedback

CLOUDFLARE

Privacy • Terms

en