10/6/25, 6:59 PM
Wachter's Locations Solve Business Problems via Technology Integration
Case 6:25-cv-00189-AM-DTG   Document 8-13   Filed 10/06/25   Page 1 of 11





# REGIONAL TECHNOLOGY OFFICES (RTOS)

Wachter's Regional Technology Offices are strategically placed across the U.S. to provide cutting-edge solutions in regional markets.

**6:25-CV-00189**
**Plaintiff**
**EXHIBIT**
**____L____**



# Integration

We drive business transformation through our strategically placed Regional Technology Offices (RTOs) and nationwide support.

Contact your regional Wachter office in a city near you.

# Nationwide Support

Wachter's three largest offices support our breadth of nationwide technology integration solutions.







### Wachter, Inc. Headquarters

# LENEXA

16001 West 99th Street

Lenexa, KS 66219

Phone: 913-541-2500

### Nationwide Service & Project Center

# LOWELL

1419 West Monroe Ave.

Lowell, AR 72745

Email: Cody Evans

Phone: 479-757-8200

### Wachter Technology Solutions

# MT. LAUREL

9000 Commerce Parkway, Suite H

Mt. Laurel, NJ 08054

Email: Larry Hay

Phone: 856-222-0643

# Regional Technology Offices (RTOs)







### Atlanta, GA

3075 Breckinridge Blvd., Suite

Duluth, GA 30096

Email: Jonathan Newn

Phone: 678-527-614

Learn More

### Charlotte, NC

5900 Harris Technology Blvd

Charlotte, NC 28269

Email: Ken Hennings

Phone: 513-777-070

Learn More

### Cincinnati, OH

World Park Building 5

10186 International Blvd.

West Chester, OH 45246

Email: Ken Hennings

Phone: 513-777-0701

Learn More







### Dallas, TX

3417 Roy Orr Blvd.

Grand Prairie, TX 750

Email: Ryan Huitt

Phone: 972-790-489

Learn More

### Decatur, IL

2218 E. Logan St.

Decatur, IL 62526

Email: Jerod Benedi

Phone: 217-864-686

Visit Here

### Denver, CO

Email: Mitchel McGraw

Phone: 303-923-0841

Visit Here

### Orlando, FL

### Irvine, CA

### Lenexa, KS





Email: Joe Winters

Phone: 321-503-380

Visit Here

Email: James Keo

Phone: 949-829-970

Visit Here

Email: Eric Rogers

Phone: 913-207-6003

Visit RTO Page

**Lowell, AR**

**Nashville, TN**

**Mt. Laurel, NJ**



### New Orleans, LA

44617 Airport Tr.

Hammond, LA 7040

Email: Dean Harringt

Phone: 985-243-806

Learn More

### Phoenix, AZ

Email: James Sheley

Phone: 602-206-889

Learn More

### Scranton, PA

Email: Justin Rivera

Phone: 856-754-0762

Learn More



### St. Joseph, MO

2511 Pear Street

St. Joseph, MO 64503

Email: Lonnie Morris

Phone: 816-279-2011

Learn More

### San Jose, CA

1600 Wyatt Dr.

Suite 14

Santa Clara, CA 95054

Email: Anthony Tipton

Phone: 669-231-5519

Learn More

# SPEAK WITH AN EXPERT





**Nationwide Solutions Integrators**

Enabling Business Transformation

**HEADQUARTERS**

16001 West 99th Street

Lenexa, KS 66219

913-541-2500

**CONNECT**

Locations | Contact | Visit

**OTHER SITES**

Wachter Healthcare Solutions / NOVA

   



| Education | Industrial + Manufacturing |
| Financial Services | Chemical + Petrochem |
| Hospitality | Grain |
| Data Center | Mining |
| Retail | Corrections |
| QSR | Transportation |
| | Logistics |

**SOLUTIONS**

**SERVICES**

| Digital Transformation | Nationwide Rollouts |
| IoT | Internet of Things | Nationwide Service |
| Electrical Systems | New Construction + Remodels |
| IT Networks | Data Cabling | Fire Alarm |
| Voice | Consulting |
| Renewable Energy | Managed Services |



Legal    |    Privacy    |    TRUST    |    Vendors    |    Sustainability