Case 6:25-cv-00189-AM-DTG    Document 8-14    Filed 10/06/25    Page 1 of 4

News    Events    Vendors    Products





↗ SUBSCRIBE

### Content

# Wachter joins Hypervsn Partner Community as US reseller

6:25-CV-00189
Plaintiff
EXHIBIT
___M___



*Photo: iStock*

July 18, 2022

Wachter, a U.S. based technology integration company, has joined the Hypervsn Partner Community as its U.S. reseller, according to a company press release.

Wachter provides tech solutions for digital transformation, including design, staging and support services to their clients. Hypervsn builds integrated 3D holographic display platforms.

"We are beyond pleased to welcome Wachter into the Hypervsn Reseller Partnership," Aaron Taylor, Hypervsn USA regional director, said in the release. "This is a poignant partnering up, as both Hypervsn and Wachter are two companies focused on tech innovation and digital transformation. We can't wait to see what

10/6/25, 6:03 PM
Wachter joins Hypervsn Partner Community as US reseller | Digital Signage Today
Case 6:25-cv-00189-AM-DTG Document 8-14 Filed 10/06/25 Page 2 of 4

   

News  Events  Vendors  Products

## Related Media


**News** — Wovenmedia partners with Magnetic 3D for holographic 3D retail media experiences


**News** — Hypervsn, Firefly, Flo Advertising unveil 3D holographic experience truck


**News** — Vistar partners with Haleon in DOOH advertising


**News** — Vantage names Nick Hinsley VP of international operations


**News** — Vistar names Sean Cheyney global head of retail media


**News** — PPDS taps Lutz Harder as global product manager

### FEATURED VENDOR



IBASE supplies a comprehensive range of digital signage media player products designed for single and multiple



targeted promotions.

↗ LEARN MORE

## SUBSCRIBE

Get the latest news and resources from Digital Signage Today.

↗ SUBSCRIBE

## RECENT POSTS

 GSTV partners with c-store Casey's on retail media network initiative

 Carousel Cloud, BrightSign tech powering visual content across museum network

 Peerless-AV taps Tristan Yates as sales regional director

 Jolt debuts data platform to measure roadside OOH advertising

 AI comes to DOOH campaigns

## STRATEGIC PARTNERS

10/6/25, 6:03 PM
Wachter Joins HyperVSN Partner Community as US reseller | Digital Signage Today
Case 6:25-cv-00189-AM-DTG   Document 8-14   Filed 10/06/25   Page 4 of 4

