

Become a Partner

○ Solutions



**Digital Avatar**

Digital Avatar solution for any industry

 en

6:25-CV-00189
Plaintiff
EXHIBIT
N



**SmartV Digital Avatar**



**Holographic Human**

 en    Life-size 3D holographic human







**Holorgaphic Human**



**Lift & Learn**

Interactive product discoveries



**Lift & Learn**



**SmartV 3D Modeller**

Interactive 3D holographic models

 en



**SmartV 3D Modeller**

**HYPERVSN SmartV Wall**

 en   Scalable 3D Holographic display



**HYPERVSN SmartV Wall**



### HYPERVSN Prime and Edge

Our new all-in-one solution



**HYPERVSN Prime**

**HYPERVSN Live Streaming**

Broadcast Live Events in Real-time

 en



**Holographic Live Streaming**



**HYPERVSN 3D Catalogue**

Controlled 3D products catalogue

 en



**HYPERVSN 3D Catalogue**



**HYPERVSN Slots**

3D Holographic Slot Machine

 en

**HYPERVSN Slots**



**HYPERVSN SmartV Solo**

 en    Interactive Holographic Display



**HYPERVSN SmartV Solo**

○ Industries



🇬🇧 en    **Industries**

Technology Application

- Retail
- Automotive
- Hospitality
- Healthcare
- Education
- DOOH
- Events & Entertaiment

INDUSTRY SOLUTION ARTICLES

**Events in the Post-COVID era**

 en



**Use Cases**

Top HYPERVSN Use Cases Library

ALL SUCCESS STORIES

**HYPERVSN Worldwide**



## **Applications**

Immersive experience for your business

- Immersive Retail
- Event Agencies
- Innovators

 en

APPLICATION ARTICLES

**HYPERVSN Phygital Hub**





🇬🇧 en

**Resources**

Useful information about immersive experiences



**HYPERVSN Resources**
- Holograms for Events
- Holographic Truck
- OOH
- Technology

🇬🇧 en



**How it works?**

HYPERVSN technology overview

HOW IT WORKS
- HOW IT WORKS
- HYPERVSN Display
- HYPERVSN Software Suite
- Interactivity



ALL TUTORIALS

**HYPERVSN Tutorials**



**How to create content?**

Easy ways to create 3D content

HOW TO CREATE CONTENT
- HOW TO CREATE CONTENT
- HYPERVSN Design Lab

 en



[3D STUDIO DEMO](#)

**[3D Studio Demo](#)**



## **[Products](#)**

[HYPERVSN products and accessories](#)

[HYPERVSN Products & accessories](#)
- [HYPERVSN Products & accessories](#)
- [HYPERVSN SmartV](#)
- [Accessories](#)

 en

NEWS & PRODUCT UPDATES



**HYPERVSN SmartV Platform**

- Company



 en **About Company**

Our mission & philosophy



News & Product Updates

**HYPERVSN wins AV Awards**



**HYPERVSN Blog**

Success stories & industry updates



News & Product Updates

**HYPERVSN wins AV Awards**



**Careers**

 en     Open positions at HYPERVSN



News & Product Updates

**HYPERVSN wins AV Awards**



**Podcast**

Latest HYPERVSN news & updates



News & Product Updates

**HYPERVSN wins AV Awards**



**Events Calendar**

Visit our booth at the upcoming event

 en



News & Product Updates

**HYPERVSN wins AV Awards**

○ Partnership



**Become a Partner**

Join our network of 270+ partners



PARTNER PORTAL

**Partner Portal**

**Find a Partner**

Find our partners worldwide



 en



[PARTNER PORTAL](#)

**Partner Portal**



**Partner Resources**

Full range of tools & assets



[PARTNER PORTAL](#)

**Partner Portal**

Demo Request



Blog

- Phygital Lab
- News and Product Updates
- Industry Solutions
- Success Stories
- What is HYPERVSN

en





HYPERVSN

Marketing Department

News and Product Updates

# How the Sphere Creates a Truly Immersive Experience

18 December 2024 • 5 min read

Main page » News and Product Updates » How the Sphere Creates a Truly Immersive Experience

Since launching just over a year ago, Sphere in Las Vegas has become a blueprint for how to create an immersive experience. Home to the largest ever hologram powered by HYPERVSN SmartV Wall, this one-of-a-kind space has recently been recognised by one of the most prestigious awards in the themed experience industry, winning a TEA Thea Award in the Immersive Technology & Production category. In light of this win, we're reflecting on what it is about Sphere that sets it apart and gives guests an unforgettable experience. What technology powers the Sphere's immersive experience? How did they make it happen? Can you see the Sphere from space? Read on for all the answers.

## How Was the Sphere Made?

Sphere represents a project that has innovation at its core. Its construction is an architectural marvel but technology is its foundation – Sphere first lived in the virtual world. Engineers and architects built key structures within virtual reality, using it as a testing ground before anything happened in the real world. World-class experts brought together mathematics, engineering and technology to create this world first – the largest ever spherical building – and if you look closely, you'll see that they did it using hundreds of interlocking triangles.

But getting the structure right was just the beginning. To bring to life their vision of a fully immersive venue, the team installed 1.23 million LED displays on the building's exterior and 64,000 LED displays on the interior wall. Incredible 16K resolution graphics are supported by the world's most advanced concert-grade audio system. Sphere Immersive Sound boasts 167,000 channels of amplification and promises to deliver audio with unmatched clarity and precision to every guest. To provide a 4D experience, Sphere employs scent and wind, and 10,000 of the venue's almost 20,000 seats are fitted with haptic feedback to provide event-goers with an experience that goes beyond just visual and audio. It's no wonder this project took five years to build! But how does all that technology translate into an experience?

## Immersive Holograms in the Sphere

The Sphere adventure starts before you even reach the venue, with its constantly evolving exterior projecting adverts, branded content and culturally-relevant graphics (becoming a pumpkin on Halloween, for instance) to anyone close enough to catch a glimpse. And, in case you're wondering – yes, you can see Sphere from space, according to its owners.

If you are lucky enough to get tickets to one of the main events taking place in the venue, which tend towards live music, film and sporting events, you get more than you bargained for! On entering Sphere, you'll gain access to the Atrium, an impressive space filled with one-of-a-kind immersive technology experiences created specifically for Sphere. By visiting the Atrium, guests step into a world where technology unleashes human potential, augmenting every aspect of their journey. The first thing that draws the eye is a huge, **15m tall holographic wall**. This incredible piece of immersive technology, powered by a 420-unit HYPERVSN SmartV Wall, projects stunning 3D visuals that draw on the themes of *Postcard from Earth*, the multisensory cinematic experience made specifically to be enjoyed at Sphere. The film is a sci-fi journey that asks us to look at our home through a new lens, and the Atrium of Sphere certainly does inspire new perspectives.

 en

Keeping the largest ever hologram to date company are a number of [HYPERVSN SmartV Solos](#) delighting guests with small yet impactful holographic visuals, and five humanoid robots named Aura. Adventurers can also see themselves transformed into a 3D avatar, thanks to a machine that conducts a full body scan then recreates your likeness in the Metaverse. And guests experience all this before they even get to their seats!



HYPERVSN SmartV Solo in the Sphere Atrium

Once in the main arena, visitors to Sphere are inducted into the future of entertainment. Whether it's a live concert, a cinematic experience or a live sporting event, people don't go to Sphere to watch, they go to become an active participant in the entertainment. The most immersive experiences are those that make consumers feel like a protagonist going on the journey of a lifetime…and by all accounts, Sphere achieves this like no other venue.

As we celebrate Sphere being recognised for world-class immersive technology, we also celebrate the part that HYPERVSN plays in this. Our CEO, Kiryl Chykeyuk, said:

> "The Sphere is a space that fully embodies cutting-edge innovation. I can't think of a better home for our groundbreaking holographic solutions which, like the Sphere, are truly one-of-a-kind, driven by our proprietary technology. At HYPERVSN, we aim to create unforgettable immersive experiences, so it's a joy to see our vision come to life in this modern wonder of the world!"

## The Future of Immersive Experiences

Sphere has been so well received that a second venue is set to open in Abu Dhabi. With 'immersive' becoming somewhat of an overused term (with many experiences tagged as immersive under-delivering), it's been incredible to see the team behind Sphere show us how things should be done…and we at HYPERVSN are honoured to play a part in this historical feat.

Do you like this post?




## Related Articles

View All

News and Product Updates

**World's Largest Retail Hologram Launches in Times Square**

01 August 2025 • 5 min read

News and Product Updates

**HYPERVSN Brings Immersive Tech to UK House at SXSW London**

12 June 2025 • 5 min read

 en

News and Product Updates

**HYPERVSN Crowned The Best AI-Powered Holographic Platform By The World Future Awards**

02 June 2025 • 2 min read



News and Product Updates

**HYPERVSN MS Model Discontinued**

29 May 2025 • 1 min read
View All

subscribe

**Join our mailing list to keep up with the latest HYPERVSN news**

| Your name | | Your email | | Subscribe |

**Products**

**Technology**

**Solutions**

**Holograms for Event**

**Knowledge Base**

**Industries**

**Use Cases**

**Contact Us**

**Company**

**Partnership**

**INFORMATION**

- Kino-mo Ltd (trading as HYPERVSN)
- Registered in England & Wales No. 07517352
- Registered office and Showroom: Office A, The Makers Building, Nile Street, London, United Kingdom, N1 7RD

**Contacts**

- **Sales Department:**
  - +44 (0) 208-0685-328 ext. 1
  - in**@*****sn.com
- **Support 24/7:**
  eno
  - +44 (0) 208-0685-328 ext. 3.
  - su*****@*****sn.com



Legal documents

Copyright © 2025 HYPERVSN. All rights reserved.

4 Item in cart



**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item



**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item



**HYPERVSN 3D Catalog**

USD 1,200

Qty

Remove Item    Update

Cart Subtotal:

USD 3,600

 View Cart    Checkout

Request a Callback



*First name
*First name
*Surname
*Surname
*Company
*Company
*Country
*Country
Aruba
*Business email
*Business email
*Phone Number
(201) 555-0123
* en Number

*How did you hear about us?

*How did you hear about us?

Area of interest

☐ Get more details

☐ Purchase

☐ Rent for Event

☐ Other

Area of interest

*Terms And Conditions and Privacy Notice Agreement

*Terms And Conditions and Privacy Notice Agreement

☐

I have read [Terms And Conditions](#) and [Privacy Notice Agreement](#)

[ Let's Get Started! ]

☐ Verify you are human

CLOUDFLARE
Privacy • Terms

---

**Demo Request form**

*First name

*First name

*Surname

*Surname

*Company

*Company

*Country

*Country

Aruba ▾

*Business email

*Business email

*Phone Number

(201) 555-0123

*Phone Number

*How did you hear about us?

*How did you hear about us?

*Area of interest

☐ Get more details

☐ Purchase

☐ Rent for Event

☐ Other

*Area of interest

*Terms And Conditions and Privacy Notice Agreement

*Terms And Conditions and Privacy Notice Agreement

☐

I have read [Terms And Conditions](#) and [Privacy Notice Agreement](#)

[ Let's Get Started! ]

⸰ Verify you are human

CLOUDFLARE
Privacy • Terms

---

**Support contact**

*First name

*First name

*Surname

*Surname

*Company

*Company

*Country

*Country

Aruba ▾

*Business email

*Business email

*Phone Number

(201) 555-0123

🇬🇧 Number
en

*How did you hear about us?

*How did you hear about us?

*Area of interest

☐ Get a quote
☐ Media
☐ Partnership
☐ Career
☐ Other

*Area of interest

*Your question

*Your question

*Terms And Conditions and Privacy Notice Agreement

*Terms And Conditions and Privacy Notice Agreement

☐

I have read Terms And Conditions and Privacy Notice Agreement

Let's Get Started!

☐ Verify you are human

CLOUDFLARE
Privacy • Terms

 en