10/6/25, 10:31 PM
Case 6:25-cv-00189-AM-DTG   Document 8-16   Filed 10/06/25   Page 1 of 2
World's Largest 3D Hologram Effects at the Sphere at the Venetian Resort in Las Vegas Hyperlapse - YouTube



