## HYPERVSN 3D HOLOGRAPHIC SIGNAGE

EH Teasley & Co. now offers HYPERVSN products and services to customers in the USA! HYPERVSN is a young technology company responsible for developing the innovative and disruptive 3D holographic system that provides an immersive experience for viewers. From the global HQ in London, HYPERVSN services it's partners and customers across the globe. The company, founded in 2011 and initially backed by Sir Richard Branson has recently attracted additional investment from Mark Cuban among others.

HYPERVSN is a complete, integrated system that allows the ability to create, display and manage 3D holographic visuals perceived as holograms floating in the air. It uniquely combines the HYPERVSN device with the scalability of the Pro Management Software and the wow-factor of 3D holographic content. HYPERVSN has revolutionized the concept of digital signage and visual advertising by creating a disruptive, powerful means of reaching out to target audiences and converting them into actual customers.

While HYPERVSN is truly best seen in person, you can get a little taste of the action and captivating nature of the technology by visiting our YouTube channel here (https://www.youtube.com/channel/UCmRLraBm3cu9F821a7yxyvA).

Contact us (/contact-us) for an estimate, idea, or brainstorm – we're here to help!

6:25-CV-00189
Plaintiff
EXHIBIT
P
_____

(https://www.ehteasley.cc content/uploads/2022/08 1600.jpg)

(https://www.ehteasley.cc content/uploads/2022/08 1600.jpg)

(https://www.ehteasley.cc content/uploads/2022/08 wall_big-1600.jpg)

(https://www.ehteasley.cc content/uploads/2022/08 poleMount_can- 1600.jpg)

(https://www.ehteasley.cc content/uploads/2022/08 demoCase_hyper- 1600.jpg)

## CONTACT INFO

4443 Simonton Road Dallas, TX 75244

214.421.7633 phone

214.421.5833 fax

**Operating Hours:** Mon - Fri; 8am - 4pm

**Will Call | Dock Hours:** Mon - Fri; 8am - 4pm

## PROUD TO BE A CERTIFIED WOMAN OWNED BUSINESS

 (https://www.texassba.us/)

## NEWS ABOUT OUR WORK

Top Wide Format Printers 2021 (/wp-content/uploads/2022/09/Top-wide-format-printers-2021-wide-format-impressions.pdf)

Top Shops(/wp-content/uploads/2022/08/WFS-TopShops-noHonorableMention.pdf)

(http://www.nxtbook.com/nxtbooks/STMG/bp_20160607/?
UTM_source=facebook&UTM_Campaign=EFIConnect2017&UTM_Medium=EFI+Digital+Print+Technology&UTM_Content=Inkjet%2CMatan

Showcasing Texas & Digital Wraps (/wp-content/uploads/2022/08/SBI-OCT-2012-Showcasing-Texas-and-Digital-Wraps-R.pdf)

A Game Changing Promotion(/wp-content/uploads/2022/08/GameChanginPromotion-Sign-Builder-May-2016.pdf)

Gone but not forgotten(/wp-content/uploads/2022/08/Dallas-Morning-News-Gone-but-not-forgotten-9-27-16.pdf)

## OUR LOCATION MAP



*Large Format Printing*



© Copyright 2022 E. H. Teasley & Co., Inc.

HOME

ABOUT US

PRODUCTS/SERVICES

NEWS

CONTACT US