Case 6:25-cv-00189-AM-DTG    Document 8-18    Filed 10/06/25    Page 1 of 4


(https://go2productions.com)

# Services

```
┌─────────────────┐
│  6:25-CV-00189  │
│    Plaintiff    │
│     EXHIBIT     │
│        Q        │
│   _____   │
└─────────────────┘
```

## HYPERVSN – Holographic Displays



## Beyond Holograms

HYPERVSN (https://hypervsn.com/) hologram displays are the latest in holographic event technology – and the absolute best way to capture the attention of your audience. They are specifically developed to display attractive 3D graphics that appear to float in mid-air.

The HYPERVSN units without screens can produce pictures and videos with near-HD quality, featuring impressive fluidity and detail. **Go2 Productions** is an authorized vendor, installer, and content producer for HYPERVSN. This ensures that you receive top-notch creative design for your content, along with the necessary expertise for high-quality temporary or permanent installations.

### Applications:

HYPERVSN can be used individually for displaying smaller messaging and imagery in retail or public spaces. Alternatively, they can be installed together in a matrix of multiple units to create a much larger image grid or wall, perfect for trade shows and conventions. We have great solutions for event rentals and temporary installations and we're able to install all across North America and beyond.  Go2's R&D relationship with HYPERVSN means we are the only partner that has an operational selfie station solution that incorporates this cool holographic technology.

Our unique relationship with the manufacturers of HYPERVSN combined with our experience in creating high-impact, out-of-the-box experiences for brands, means we are trusted to push the boundaries with this technology and create unique and elaborate displays with this incredible holographic technology. Our team can custom design and fabricate stunning holographic installations designed to engage, entertain and create buzz for your brand.

Contact us (https://go2productions.com/contact/) now to see how HYPERVSN technology can elevate your next event or trade show display.

# Projects


(https://go2productions.com/portfolio/target-spherical-hologram/)


(https://go2productions.com/portfolio/holographic-displays/)


(https://go2pr... /portfolio...)

**Spherical Hologram** (https://go2productions.com/portfolio/target-spherical-hologram/)

**Holographic Displays** (https://go2productions.com/portfolio/holographic-displays/)

Au... (https://go2... rtfolio...)

# Contact us.

Do you have any inquiries about our services?  Please let us know and a Go2 project manager will contact you shortly.

First Name *

Last Name *

Email *

Phone Number *

Company *

Where did you hear about us? *

What service are you interested in? *

Inquiry *

Tell us about your inquiry/project.

Captcha

Contact Us



(https://go2productions.com)

© GO2 PRODUCTIONS 2025 **GO2PRODUCTIONS.COM**
ALL RIGHTS RESERVED | PRIVACY POLICY (HTTPS://GO2PRODUCTIONS.COM/PRIVACY-POLICY/)

Los Angeles (/los-angeles/) | New York (/new-york/) | Chicago (/chicago/) | Miami (/miami/) | Orlando (/orlando/) | Dallas (/dallas/) | Houston (/houston/) | Atlanta (https://go2productions.com/atlanta/) Vancouver (/vancouver/) | Calgary (/calgary/) | Toronto (/toronto/) | Montreal (/montreal/) | London (/london-uk/)