
(https://go2productions.com)

6:25-CV-00189
Plaintiff
EXHIBIT
R
____

# Immersive Experiences for Entertainment

Changing the way people experience the world.



We are a tech-savvy creative multimedia production agency specializing in the concept, design, and production of immersive and interactive experiences for events and brand activations across North America and beyond. With a strong focus on the vibrant market in **Houston**, we continue to expand our presence while delivering impactful experiences worldwide.

Contact Go2 Productions

## Go2 Industry Awards

     

# Latest Projects





Case 6:25-cv-00189-AM-DTG    Document 8-10    Filed 10/06/25    Page 3 of 16













All Projects
(https://go2productions.com/portfolio/)

Services



## Projection Mapping (https://go2productions.com/services/projection-mapping/)

Go2 Productions offers projection mapping services designed to create unique, tailored, and immersive visuals for your events, brand activations, shows, and more.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/PROJECTION-MAPPING/)**



## Water Screen Projections (https://go2productions.com/services/water-screen-projections/)

We help brands stand out with water projections that create immersive experiences, grab attention, entertain, and tell stories.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/WATER-SCREEN-PROJECTIONS/)**



### 3D Digital Out of Home Content Production (https://go2productions.com/services/3d-digital-out-of-home-content-production/)

We design and produce forced perspective content for corner based LED billboards. When your ad content literally becomes a tourist attraction, it's priceless…

**LEARN MORE »** (HTTPS://GO2PRODUCTIONS.COM/SERVICES/3D-DIGITAL-OUT-OF-HOME-CONTENT-PRODUCTION/)



## Interactive Brand Experiences (https://go2productions.com/services/interactive-installations/)

At Go2 Productions, we focus on creating interactive brand experiences that make your brand stand out during events or activations.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/INTERACTIVE-INSTALLATIONS/)**



### Event Based LED Installations (https://go2productions.com/services/led-wall-content-creation/)

We create tailored, high-impact content for LED installations at events of all sizes, immersing your audience in your brand and message.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/LED-WALL-CONTENT-CREATION/)**



## Immersive Experiences (https://go2productions.com/services/immersive-experiences/)

We design immersive experiences that modify spaces into interactive environments, allowing your audience to engage with your brand or event.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/IMMERSIVE-EXPERIENCES/)**



### HYPERVSN – Holographic Displays (https://go2productions.com/services/hypervsn-hologram/)

Our unique relationship with the manufacturers of HYPERVSN combined with our experience, means we can create high-impact, out-of-the-box experiences for brands.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/HYPERVSN-HOLOGRAM/)**



## Audiovisual Content for Conferences and Corporate Events (https://go2productions.com/services/audio-visual-content-for-events/)

Transform your event into an unforgettable experience with our comprehensive AV conference packages. We handle everything from tech specs and installation to content design and show production.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/AUDIO-VISUAL-CONTENT-FOR-EVENTS/)**

# Contact Go2 Productions

We proudly serve both the Houston market and clients worldwide, delivering innovative experiences across the globe.



### Pharmaceutical and Biotech Immersive Experiences (https://go2productions.com/services/pharmaceutical/)

Successful immersive projects for pharma require a structured creative process, quick turnarounds, reviews, and optimized render solutions. We got them all.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/PHARMACEUTICAL/)**

Case 6:25-cv-00189-AM-DTG    Document 8-19    Filed 10/06/25    Page 15 of 16



| First Name * | Last Name * |

| Email * | Phone Number * |

Company *   Where did you hear about us? *

What service are you interested in?

Inquiry *

Captcha

Contact Us

## Virtual Production and Set Extensions (https://go2productions.com/services/virtual-production-films/)

Digital sets and Virtual production are here to stay, and thanks to COVID-19, they're being adopted at a much more rapid pace.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/VIRTUAL-PRODUCTION-FILMS/)**

Los Angeles (/los-angeles/) | New York (/new-york/) | Chicago (/chicago/) | Miami (/miami/) | Orlando (/orlando/) | Dallas (/dallas/) | Houston (/houston/) | Atlanta (https://go2productions.com/atlanta/) | Vancouver (/vancouver/) | Calgary (/calgary/) | Toronto (/toronto/) | Montreal (/montreal/) | London (/london-uk/)

© GO2 PRODUCTIONS 2025 **GO2PRODUCTIONS.COM**
ALL RIGHTS RESERVED | PRIVACY POLICY (HTTPS://GO2PRODUCTIONS.COM/PRIVACY-POLICY/)



## Corporate Communications (https://go2productions.com/services/corporate-videos/)

From bootstrapped startups to publicly-traded enterprises, we can accomplish your video content goals within any size budget.

**LEARN MORE » (HTTPS://GO2PRODUCTIONS.COM/SERVICES/CORPORATE-VIDEOS/)**