IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SPIN SCREEN, INC.,** | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CASE NO. 6:25-CV-00189 |
| **KINO-MO LTD. d/b/a HYPERVSN and YOONGLI LLC,** | § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**[PROPOSED] ORDER DENYING
KINO-MO LTD'S MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND IMPROPER VENUE**

CAME TO BE HEARD on this date *Kino-Mo Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue* ("**Motion**"), and the Court, having considered same, and any responses, replies, and exhibits and arguments of counsel, if any, is of the opinion that said Motion should be DENIED. It is therefore

ORDERED, ADJUDGED, and DECREED that Defendant, Kino-Mo Ltd.'s ("**Defendant**"), Motion is hereby DENIED in its entirety. It is further

ORDERED, ADJUDGED, and DECREED that Defendant shall file a response to Plaintiff's Original Complaint within fourteen (14) days from the date of this Order. *See* FED. R. CIV. P. 14(a)(4)(B).

Dated: _____          _____
                                  HONORABLE JUDGE PRESIDING