IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPIN SCREEN, INC., § § § *Plaintiff*, § § V. § § KINO-MO LTD. d/b/a HYPERVSN and § YOONGLI LLC, § § *Defendants*. § | CASE NO. 6:25-CV-00189 JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

CAME TO BE HEARD on this date *Plaintiff's Motion for Leave to Amend* ("**Motion**"), and the Court, having considered same, and any responses, replies, and exhibits and arguments of counsel, if any, is of the opinion that said Motion should be GRANTED. It is therefore

ORDERED, ADJUDGED, and DECREED that Plaintiff, Spin Screen, Inc.'s ("**Plaintiff**"), Motion is hereby GRANTED. It is further

ORDERED, ADJUDGED, and DECREED that Defendant shall file any amended pleading within twenty-one (21) days from the date of this Order.

Dated: _____

                  HONORABLE JUDGE PRESIDING