IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SPIN SCREEN, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:25-CV-00189 |
| | § | |
| KINO-MO LTD., d/b/a HYPERVSN and YOONGLI LLC, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## SECOND DECLARATION OF ARTSIOM STAVENKA

I, Artsiom Stavenka, declare as follows:

1. My name is Artsiom Stavenka. I am over the age of twenty-one (21), of sound mind, and capable of an authorized to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. This second declaration is submitted in support of Kino-Mo's Motion to Dismiss for lack of Personal Jurisdiction and for improper venue.

3. Defendant Kino-Mo Ltd. ("Kino-Mo") is an entity formed under the laws of England and Wales, Registration No. 07517352. I am a director for Kino-Mo and have held this position from 2023 since my last appointment.

4. Kino-Mo never had any distributors operating in the state of Texas, only resellers.

5. We no longer have any authorized resellers in the state of Texas as all of our reseller agreements have ended several years ago.

6. Our Reseller agreement with co-defendant, Yoongli, was signed in 2018 for a 3 year period, never extended, and expired in 2021. *See* Exhibit A.

7. The reseller, EH. Teasley & Co., has not been an authorized reseller of ours since 2021. Our agreement was signed in 2019 for a 2 year term, never extended, and expired in 2021. *See* Exhibit B.

8. The Canadian reseller, Go2 Productions, has not been an authorized reseller of ours since 2019. Our agreement was signed in 2018 for a 1 year term, never extended, and expired in 2019. *See* Exhibit C.

9. Kino-Mo leases a warehouse 6425 Montessouri Street, Las Vegas, NV 89113. Payments and shipments are regularly made to this location. *See* Exhibits D, E.

10. Kino-Mo has an authorized partner (Kre8 Media) in Nevada which runs a permanent walk-in showroom with our products for people in Las Vegas to visit. We do not have any authorized partners in Texas and have never had any showrooms in Texas.

11. We have participated at 15 trade shows in Nevada, showcased in Nevada every year since 2015 and have directly sold products in that jurisdiction.

12. We participated in the SXSW Trade Show in Austin, TX in 2023 but made no sales stemming from that event.

13. Kino-Mo holds several valid U.S. Patents: US11770045B2 and US11222559B2.

14. I hereby declare that all copies of documents in Exhibits A, B, C, D, and E attached to this declaration are good and true.

    A. Exhibit A contains the redacted contract between Yoongli and Kino-Mo. Redacted portions contain non-pertinent business information. I would be happy to produce unredacted and full copies of the contract for an in-camera viewing at the Court's request.

B. Exhibit B contains the redacted contract between EH. Teasley & Co. and Kino-Mo. Redacted portions contain non-pertinent business information. I would be happy to produce unredacted and full copies of the contract for an in-camera viewing at the Court's request.

C. Exhibit C contains the redacted contract between Go2 Productions and Kino-Mo. Redacted portions contain non-pertinent business information. I would be happy to produce unredacted and full copies of the contract for an in-camera viewing at the Court's request.

D. Exhibit D contains Redacted contracts and invoices for our Nevada warehouse. Redacted portions contain business and financial information. I would be happy to produce unredacted and full copies of the contract for an in-camera viewing at the Court's request.

E. Exhibit D contains Redacted shipment information and waybills for our Nevada warehouse. Redacted portions contain business and personal information. I would be happy to produce unredacted and full copies of the contract for an in-camera viewing at the Court's request.

15. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed October 13, 2025

_____
Artsiom Stavenka