# EXHIBIT A

(Redacted Contract With Yoongli)

# KINO-MO HYPERVSN AUTHORIZED RESELLER AGREEMENT

Among and Between

## KINO-MO LTD.
### (A Company registered in the United Kingdom)

### And

## YOONGLI, LLC
### (A Texas Limited Liability Company)

THIS AGREEMENT by and between Kino-mo Ltd., a company registered in England with number 07517352, whose registered office is at the Light Bulb, 1 Filament Walk, Studio 103, London, England SW18 4GQ (hereinafter "Kino-mo"); and

Yoongli, LLC, a limited liability company organized under the laws of the State of Texas, United States of America, whose principal place of business is located at 221 N. Kansas, Suite 700, El Paso, Texas 79901 (hereinafter "Yoongli" and/or "Partner").

## RECITALS

A.  Kino-mo is a visual technology company that designs, markets and services a range of products and services.

B.  Kino-mo has spent significant time, money and effort and incurred expenses on advertising and marketing its brand and developing its business methods, products and services over a number of years so that its brand has become known to the public and associated with quality products and services in the UK and around the world.

C.  Kino-mo wishes to expand its network internationally and is therefore willing to grant the partnership rights as set out in this Agreement.

D.  Yoongli wishes to be appointed by Kino-mo as its non-exclusive authorized reseller for the promotion and sale of the Hypervsn Product, defined in Schedule 1, within the territory and Kino-mo is willing to agree to such appointment on the terms and conditions as set out in this Agreement.

E.   Under the Terms and Conditions set below, Kino-mo shall be selling the Products to Yoongli at a discount as to standard or recommended prices.

F.  Yoongli shall receive additional commissions from Kino-mo for referring customers to Kino-mo for content/video creation for the products.  Yoongli shall be receiving additional commissions out of the sales of software to customers during the post-subscription period as defined below.

G.  With regard to the products, which consist of hardware and software parts, the parties acknowledge they may, in the future, decide on an additional software service agreement in order to achieve the goals of the Agreement.

*TERM*

1.  This Agreement shall begin on the Commencement Date and shall continue for three (3) years upon meeting all the terms and conditions herein.

*APPOINTMENT, NON-COMPETE*





*KINO-MO's OBLIGATIONS*



   3.2  Kino-mo will provide to Yoongli updated copies of its relevant policies from time to time with which Yoongli shall comply.



3.4  Kino-mo has the right, in its sole discretion, at any time to do the following:

a)   discontinue the manufacture of any product under a reasonable notice, as set forth supra, to Yoongli;

b)   commence the manufacture, sale or rental of any new products or services which have features which may make the product/service or part of a product/service wholly or partially obsolete; or

c)  expand or reduce the range of or change the specification for products;

d)   change pricing under this Agreement at any time only under extraordinary circumstances such as a sudden disappearance or production discontinuance of the product's components by third parties, Brexit or similar events.

*YOONGLI'S OBLIGATIONS*



































SIGNED by the parties on the date indicated below their signatures.

KINO-MO, LTD.

By: _____
Art Stavenka, Director
Date Signed: 13 August 2018

YOONGLI, INC.

By: _____ Member/Partner
Date Signed: _____ 8/14/16

By: _____
_____ Member/Partner
Date Signed: 08/14/18

By: _____
_____, Member/Managing
Partner
Date Signed  08/14/18