# EXHIBIT C

(Redacted Contract With Go2 Productions)

**STRICTLY CONFIDENTIAL**

# Kino-mo Hypervsn Events Partner Agreement **[Heads of terms]**

**Kino-mo Ltd**
(Kino-Mo)
**GO2 PRODUCTIONS**
(Partner)

**DATE**

**Between**

(1) Kino-mo Ltd, a company registered in England with number 07517352 whose registered office is at the Light Bulb, 1 Filament Walk, Studio 103, London England SW18 4GQ] ("Kino-Mo"); and

(2) Go2 Productions, a company organised and existing under the laws of Canada whose principal place of business is at 420-343 Railway Street, Vancouver, BC V6A1A4 (**"Partner)**

**Recitals**

A Kino-mo is a visual technology company that designs, markets and services a range of products and services.

B Kino-mo has spent significant time, money and effort and incurred expense on advertising and marketing its brand and developing its business methods, products and services over a number of years so that its brand has become known to the public and associated with quality products and services in the UK and around the world.

C Kino-mo wishes to expand its network internationally and is therefore willing to grant partnership rights as set out in this Agreement.

D Partner wishes to be appointed by Kino-mo as its Events Partner within the Territory and Kino-mo is willing to agree to such appointment on the terms and conditions set out in this Agreement. Partner shall be subleasing the Product units to customers in the Territory for short-term events under the License fees paid to Kino-mo as agreed below. Equally, Partner must not re-sell the Product units designated for usage at Events and purchased under the present Agreement.

E Partner shall be receiving additional commissions from Kino-mo for referring customers to Kino-mo for Content/Video creation for the Products.

## 1 Term

The Agreement shall begin on the Commencement Date and continue for 1 (one) year to be extended by the mutual consent of both parties.



**3 Kino-Mo's Obligations**

3.1. Kino-mo will supply or procure the supply of the Products to Partner (or, where prior agreed by Kino-Mo, to Partner's Affiliates or Sub-Partners) for short-term subleasing to customers after the safety deposit for each unit is paid in full. Where commercially reasonable for Kino-mo to do so, Kino-mo will cooperate with and provide reasonable support to Partner for marketing activities and Customer Events in accordance with the Marketing Policy.

3.2. Kino-mo will provide to Partner updated copies of its relevant Policies from time to time with which Partner shall comply.

**4.** Kino-mo has the right in its sole discretion at any time to do the following:

(a) discontinue the manufacture of any Product or Content Creation or part of any Product or Content Creation provided a reasonable notice given to Partner;

(b) not develop or discontinue the development of any new product or service (whether or not it has been announced publicly); or

(c) commence manufacture, sale or rental of any new products or services which have features which may make a Product/ Service or part of a Product/ Service wholly or partially obsolete; or

(d) expand or reduce the range of or change the Specification for Products, or for the standard terms and conditions of the Agreement.

(e) change any pricing under the Present Agreement at any time under particular influencing circumstances

**5 Partner's Obligations**

[redacted]



12 September 2018

Page 5



12 September 2018

Page 6



12 September 2018

Page 7



12 September 2018

Page 8

12 September 2018

Page 9

## 12 Product and Software warranties

12.1 Kino-mo warrants that on delivery to Partner or any Sub-Partner of the Products or Software they shall at the date of supply and for a period of twelve (12) months thereafter:

[Page content redacted]

12 September 2018

12 September 2018

Page 13



**Signed** by Art Stavenka, Director

on behalf of Kino-mo Ltd

Signature ______________________________

**Signed** by Partner

on behalf of G&G Productions

Signature ______________________________

12 September 2018