# EXHIBIT D

(Nevada Wearhouse Redacted Contracts and Invoices)

UAB AVIALOGISTIKA

Rodūnios kl. 34, Vilnius, Lithuania

2022-12-15



## Contract on Transportation and Forwarding Services № 20221202

### 2022-12-15 Vilnius

Company **Kino-mo Ltd**, hereinafter referred to as the **Client**, represented by **Ala Dziamidava**, acting on the basis of the Charter; and **UAB "Avialogistika"**, hereinafter referred to as the **Forwarder**, represented by Director ▓▓▓▓▓▓ acting on the basis of the Charter, have concluded the present Contract as follows:

### 1. Subject of the Contract

1.1. The present Contract shall regulate the mutual relations between Client and Forwarder in organization of the fulfillment services by the Forwarder in international transportation of goods, as well as provision of other services connected with the international transportation of Client's goods.

### 2. Rights and Liabilities of the Parties

**2.1. The Forwarder has the right:**

2.1.1. to select the transportation mode (road, railway, air, sea) and the transportation route.

2.1.2. to conclude on behalf of the Client or in its name the Contracts of International Transportation of Goods with the carriers engaged by the Forwarder to fulfill the international transportation of goods.

2.1.3. to receive from the Client documents and other information on the properties of goods, conditions of its transportation as well as other information necessary for the fulfillment of the Forwarder's obligations provided by Claus 1.1. of the present Contract.

Should the Client fail to provide the necessary information, the Forwarder has the right not to take up the corresponding obligations up to the provision of such information.

2.1.4. not to accept the goods for the transportation, if:

- the goods are presented in the improper container or packing, which can lead to its loss, deterioration, or damage during the transportation process.

- the goods under one or several parameters do not correspond to the Request accepted for the fulfillment.

- the gross weight of the goods transported exceeds the loading capacity of transportation vehicle.

2.1.5. to demand from the Consignor for eliminating the deficiencies or carrying out the additional works, which ensure the safety of goods during the transportation process.

2.1.6. to make amendments in international consignment note (CMR), bill of lading, airway bill, that concern the number of loading items, exterior condition of the freight or its packaging at loading as of the date (in place) of loading.

2.1.7. to require the Client to inform about the special conditions of the goods delivery (cost of the goods, time of delivery), if these conditions are applied, as well as to refuse discharging of the obligations in case of the Client's refusal to cover the prescribed extra charges (additional fees) to the cost of services.

The entrusting with the responsibilities to any third Party does not exempt the Forwarder from the responsibility to the Client for the fulfillment of the present Contract.

**2.2. The Forwarder undertakes:**

2.2.1. to fulfill or to organize the fulfillment of services related to the international transportation of Client's goods on behalf of the Client or in its name for the remuneration and at the Client's expense according to Client's Order in compliance with:

- Convention on the Contract for the International Carriage of Goods by Road;
- Customs Convention on the International Transport of Goods Under Cover of TIR Carnets;
- Convention for the Unification of Certain Rules Relating to International Carriage by Air and Supplements thereto;
- UN Convention on the Carriage of Goods by Sea;
- International Convention for the Unification of Certain Rules of Law relating to Bills of Lading.

2.2.2. to deliver or to ensure the delivery of the transportation vehicle of corresponding mode for loading in compliance with the international standards.

2.2.3. to lease and to freight the transportation vehicle for the transportation of the Client's goods.

2.2.4. to accept the Client's Request for the organization of international transportation of goods prepared in accordance with the requirements of the present Contract and to fulfill the Request.

The Client's Requests should be sent to the Forwarder by email. In case of urgent need for the fulfillment of the Request, the Forwarder may accept the Request by phone with further delivery of the written Request by the Client within a three-day period.

The Request shall be considered as accepted by the Forwarder, if the latter confirms its acceptance in writing:

2.2.5. to ensure the obtaining of the goods from the consignor and its delivery to consignee at the place of destination.

2.2.6. to inform the Client on the goods movement on the route, arrival at the place of destination and obtaining by the consignee, its forced delay, occurrence of force-majeure circumstances, loss, damage, accidents, and other circumstances that prevent prompt delivery.

2.2.7. to verify the external state of goods, the integrity of packing and number of loading items in accordance with international consignment note, bill of loading, airway

AVIALOGISTIKA UAB
Rodūnios kl. 34
LT-02187 Vilnius
Lithuania

TEL.: +370 5 247 1696
info@wuliuair.com
www.wuliuair.com



AVIALOGISTIKA UAB
Rodūnios kl. 34
LT-02187 Vilnius
Lithuania



TEL.: +370 5 247 1696
info@wuliuair.com
www.wuliuair.com

## 4. Cost of Services and Procedure of Settlements





| Forwarder: | Client: |
|---|---|
| **UAB "Avialogistika" | WuliuAir**<br>Address: Rodūnios kel. 34, Vilnius, Lithuania, LT-02187<br>Registration number: 303085756<br>Tel.: +370 699 57910<br>E-mail: info@wuliuair.com<br>**TAX ID number LT100007904913**<br><br>**Account No:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮<br>Konstitucijos pr. 20A, 03502 Vilnius, Lithuania<br>**SWIFT HABALT22**<br><br>Director:<br><br>*[signature / stamp: UAB "Avialogistika", renatas@wuliuair.com, +370 5 247 1696]* | **Kino-mo Ltd**<br>Address: Unit 12.3.1, the Leather Market, Weston Street, London, SE1 3ER<br>Registration number: 07517352<br>Tel.: +44 (0) 208-0685-328<br>E-mail: info@hypervsn.com<br>**TAX ID number** ▮▮▮▮▮▮▮▮▮▮▮<br><br>**Bank name** ▮▮▮▮▮▮▮▮<br>**Bank address** 7 Westferry Circus, E14 4HD, London, United Kingdom<br>**IBAN** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>**BIC** ▮▮▮▮▮▮<br>**Intermediary BIC** ▮▮▮▮▮▮<br>**Beneficiary** Kino-mo Ltd<br>**Sort code** ▮▮▮▮▮▮<br>**Account number** ▮▮▮▮▮▮▮<br><br>Director:<br><br>Ala Dziamidava *[signature]* |

AVIALOGISTIKA UAB
Rodūnios kl. 34
LT-02187 Vilnius
Lithuania



TEL.: +370 5 247 1696
info@wuliuair.com
www.wuliuair.com



# WAREHOUSE SERVICES AGREEMENT

TWI Group, Inc ("Warehouse") and  Avialogistika UAB  ("Depositor") enter into this warehouse services agreement on  2025 10 03  (Date) and agree as follows:

1. Depositor understands and agrees that this agreement and the terms and conditions on the reverse/second page of Warehouse's warehouse receipt (the "WHR T&C") state the contractual terms and conditions under which Warehouse shall provide storage and related services (collectively, the "Warehouse Services") to Depositor. If there is a conflict between this agreement and the WHR T&C, then this agreement shall prevail.

2. Attached as Exhibit "A" is a copy of the WHR T&C, which Depositor may also view online at https://www.twigroup.com/legal-terms.html.

3. Before tendering any goods for Warehouse Services, Depositor shall complete and sign Warehouse's Credit Application and Contract.

4. This agreement and the WHR T&C are the parties' entire understanding and agreement as to the Warehouse Services. This agreement and the WHR T&C are the parties' final expression as to the Warehouse Services. This agreement and the WHR T&C supersede any prior or contemporaneous proposals, agreements, or understandings, whether written or oral, between the parties. No change to this agreement or the WHR T&C shall be effective unless in writing and signed by Warehouse's chief executive officer and an authorized representative of Depositor.

5. By signing below, each signatory states that he or she has read and understood this agreement and its attachments. Each signatory states that he or she is competent and authorized to enter into this agreement on behalf of the party for which the signatory purports to sign.

| [DEPOSITOR] | TWI GROUP, INC. |
|---|---|
| ███████████ | |
| AUTHORIZED SIGNATURE | AUTHORIZED SIGNATURE |
| ███████████ | |
| PRINTED NAME | PRINTED NAME |
| Director | |
| TITLE | TITLE |
| 2025 10 0█ | |
| DATE | DATE |

wuliuair UAB ...
renatas@wuliuair.com
+370 5 247 1696

## TERMS & CONDITIONS OF SERVICE





| Data / Invoice Date : | 17.Sep.2025 |
|---|---|
| Apmokėti iki / Due Date: | 17.Oct.2025 |

UAB „Avialogistika"
Dariaus ir Girėno g. 113A  LT-02199
Vilnius, Lithuania
Tel: +370 5 247 1696

Įmonės kodas 303085756
PVM kodas / VAT    LT100007904913

## PVM Sąskaita faktūra / Invoice No. A120283

**Gavėjas / Invoice To :**
Kino-mo Ltd.
Office A, The Makers Building, Nile Street
London N1 7RD
United Kingdom

PVM / VAT No. LT100013874019

Original

| | | | |
|---|---|---|---|
| Our Reference No. | WW126311 | Client No | 70611 |
| Your References | | Accounting No | |

Nuorodos / References    Payment Terms:    Net 30

| | | | | |
|---|---|---|---|---|
| Shipper | Kino-mo Ltd. | Gross Weight | HAWB | 00126311 |
| Consignee | | Char. Weight | Flight No. | |
| Desc. of Goods | | | M.A.W.B | |
| | | | Airline | |

**Packages**
No. Of Packages

| From | LAS Las Vegas | To | LAS Las Vegas | Final Destination | LAS Las Vegas |
|---|---|---|---|---|---|

| Paslauga / Description | Kiekis /Qty | Kaina / Price | PVM / VAT Type | Amount in foreign currency | Suma / Amount EUR |
|---|---|---|---|---|---|
| Storage outsourced warehouse | ■ | ■ | Exempt 0.00 % | ■ | ■ |
| Cross-dock/Perkrovimas | ■ | ■ | Exempt 0.00 % | ■ | ■ |
| Repair pallet_box/Pakuotes remontas | ■ | ■ | Exempt 0.00 % | ■ | ■ |
| Pallet, Palletize & Shrink Wrap | ■ | ■ | Exempt 0.00 % | ■ | ■ |
| Pallet/ palete | ■ | ■ | Exempt 0.00 % | ■ | ■ |

Subtotal (EUR)    ■
Exempt (0.00%)    0.00
Bendra suma / Total (EUR)    ■

**Papildoma informacija / Notes :**
0% PVM tarifas taikomas pagal PVM įst. 13 str. 2 d.
Warehousing services in Las Vegas (USA) AUG14-SEP 13 2025

**Bank Details**
Account Name: UAB „Avialogistika"
Bank:         AB „Swedbank"
Bank Address: Konstitucijos pr. 20A, 03502 Vilni
SWIFT:        HABALT22
Acc#/IBAN:    LT067300010135746210

**Issued by :**   ■         AVIALOGISTIKA UAB

UAB „Avialogistika" (WuliuAir)
Dariaus ir Girėno g. 113A  LT-02199
Vilnius, Lithuania
Tel: +370 5 247 1696

1