# EXHIBIT E

(Nevada Wearhouse Shipping Documents & Waybills)



**Anchor Express, Inc.**
630 SUPREME DR
BENSENVILLE, IL 60106
Phone: +16306165555
7L@anchorexpressinc.com

CARRIER QUOTE#: 4324930
CARRIER PICKUP: 4325022
CARRIER NAME: Energy Transport
CARRIER PHONE#: +16306165555
BOL# 746310204
DATE: 09/02/25

## CARRIER BILL OF LADING

**PICKUP FROM:**
Corporate Events Inc
5845 Avenida Encinas #140
CARLSBAD, CA 92008

PICKUP BY: 09/12/25 from 09:00 to 16:00
REF#:

**DELIVER TO:**
Kino-mo Ltd. c/o TWI warehouse
6425 Montessouri St
LAS VEGAS, NV 89113

Phone: 7026919012
DELIVERY BY: N/A from 08:00 to 15:00
REF#:

**BILL TO THIRD PARTY:**
Anchor Express, Inc.
630 Supreme Drive
BENSENVILLE, IL 60106

Phone:
REF#:TRK25000571

**SPECIAL INSTRUCTIONS:**

**MARKS AND NUMBERS:**
LIFTGATE IN ORIGIN - From Quote #201

### DESCRIPTION OF ARTICLES

| QTY | SHORT DESCRIPTION | HZ | LEN | WID | HGT | NMFC | CLASS | ACT WT |
|---|---|---|---|---|---|---|---|---|
| 1 | general cargo |  | 48 | 32 | 21 |  | 175 | 100 |
| Total: 1 ||||||||  100 LBS. |

**FREIGHT CHARGES** ☐ Prepaid ☐ Collect ■ Third Party

**TOTAL FREIGHT COST:**

NOTE(1) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C §14706(c)(1)(A) and (B)
NOTE(2) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packed as to the consignor, the consignor shall sign the following statement: ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

**SECTION 7**
Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to consignee, without recourse on the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Per 7LFreight

RECEIVED, subject to the classifications and lawfully field tariffs in effect on the date of issue of this Original Bill of Lading. The property described below, in apparent good good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understoood throughout this contract as meaning any person or corporation in possession of the property under the contract, agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or of said property, that every service to be preformed hereunder shall be subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illionois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classifica- tion or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**(COD) COLLECT ON DELIVERY: $**
☐ CHECK HERE IF COMPANY CHECK IS ACCEPTABLE

**COD FEE TO BE PAID BY:**
☐ SHIPPER ☐ CONSIGNEE

**SHIPPER CERTIFICATION**
This is to certify that the above named materials are properly classified, desribed, packaged, marked and labeled, and are in Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made proper condition for transportation, according to the applicable regulations of the Department of Transportation
PER:         DATE:
AFFIX LABEL HERE

**CARRIER CERTIFICATION**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.
PER:         DATE:
PIECES:      TRAILER:
CARRIER:

**CONSIGNEE CERTIFICATION**   CONSIGNEE:   DATE:   ☐ CONSIGNEE  ☐ GOOD CONDITION

Page 1/1



**RADIANT GLOBAL LOGISTICS - JFK**
20 Crossways Park North Suite 210

Woodbury, NY 11797
+18884566602
JFK@RADIANTDELIVERS.COM

| Project# | TWI |
|---|---|
| COD Amount: | 0.00 |
| COD Type: | |
| Declared Value: | 0.00 |
| Insurance Value: | 0.00 |

## House Way Bill #1000981534

| Shipper | Consignee | Billing Party |
|---|---|---|
| Street Factory Media<br>315 Harrison St NE<br><br>Minneapolis, MN 55413 US<br><br><br>Show Name : STREET MEDIA FACTORY<br>Exhibitor : HYPERVSN (KINO-MO)<br>Booth Number:<br>Ref# | Kino-Mo C/O TWI Group, Inc.<br>6425 Montessouri Street<br><br>Las VegaS, NV 89113 US<br>Attn:<br>Phone:<br>Show Name :<br>Exhibitor :<br>Booth Number:<br>Ref# | TWI GROUP 2<br>6425 MONTESSOURI ST., SUITE 200<br>LAS VEGAS, NV 89113 US<br><br><br><br><br><br>Ref# BK26453 |
| Origin: MSP A    TSA | Dest: LAS A    TSA U | TSA K |
| Pickup Date /Time  From 09/03/2025 09:00<br>To 09/03/2025 16:00 | Delivery By Date/Time  From 09/09/2025 22:00<br>To 09/09/2025 22:00 | **SERVICE LEVEL:** DEFERRED 3-5 DAY |

| Item | Pcs | Length | Width | Height | UoM | Wgt Lbs | Wgt Kgs | Class | Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 87 | 34 | 84 | " | 971 | 440 | | EXHIBITION MATERIAL |
| **Total** | 1 | | | | | 971 | 440 | | |

| Shipper Signature | | | Pickup Driver Signature | | | Consignee Signature | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Date | Time | Pcs | Date | Time | Pcs | Date | Time | Pcs |
| | | | | | | | | |

### Terms

AIR Shipments are subject to Security Screening. Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. The shipper further certifies that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packaged, marked and labeled, and in proper condition for carriage according to applicable national governmental regulations, including any applicable Dangerous Goods Regulations.

**SUBJECT TO ALL TERMS AND CONDITIONS**, which are available upon request or can be viewed at: https://radiantdelivers.com/terms
Per the Terms and Conditions liability for damage or loss is limited to $0.50 per piece per pound or the actual value, whichever is less, unless Customer has declared a higher value and paid additional charges for an increased valuation; additional limitations may apply to certain classes of cargo, which can be found in the Terms and Conditions. It is shippers responsibility to obtain and read all Terms and Conditions.



1000981534

**HAWB 1000981534** Page 1 of 1          [Printed on:08/28/2025 Time:19:41]