IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SPIN SCREEN, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:25-CV-00189 |
| | § | |
| KINO-MO LTD., d/b/a HYPERVSN and YOONGLI LLC, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**NOTICE OF CORRECTION**

Defendant Kino-Mo LTD hereby respectfully files this Notice of Correction to its Reply in its Motion to Dismiss for Lack of Personal Jurisdiction and Venue (Dkt. 9) which was timely filed on October 13, 2025.

In that filing at, page 3, line 15, the brief contained a typographical error stating that the defendant has not operated the Houston Warehouse "since 2021." This was a typographical error which misstated the first Stavenka Declaration (Stavenka Decl. ¶ 8, Dkt. 6) that correctly lists the date as "The location in Texas stopped working as such warehouse since November, 2023."

Additionally, the following sentence, at page 3, lines 15-18, should correspondingly be changed to reflect "Notably, the timeframe for shipments that Plaintiff provides in these exhibits spans from November 1, 2006 – December 16, 2021 – the year HyperVSN ended its contracts with the Texas authorized resellers Plaintiff identifies and ceased using the warehouse – almost 4 **and 2** years ago."

This correction does not alter any argument or factual representation; it merely conforms the brief to the accurate record already before the Court.

Dated: October 15, 2025

Respectfully Submitted,

By: /s/ J. Thad Heartfield
J. Thad Heartfield
Texas State Bar. No 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789
Email: thad@heartfieldlawfirm.com

Edward A. Pennington (*Pro hac vice to be filed*)
PENNINGTON OLIAK, PLLC
1055 Thomas Jefferson Street, Ste. L35
Washington, DC 20007
(202) 897-2725    (Telephone)
(202) 838-8245    (Facsimile)
epennington@pennoliak.com

*Attorneys for Defendant Kino-Mo Ltd.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on October 15, 2025, via the Court's CM/ECF System.

/s/ J. Thad Heartfield
J Thad Heartfield