UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SPIN SCREEN, INC.,

vs.                                          Case No.:   6:25-CV-00189

KINO-MO LTD., d/b/a HYPERVSN and
YOONGLI LLC,

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Edward A. Pennington , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Defendant  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Pennington Oliak, PLLC  with offices at:

   Mailing address: 1055 Thomas Jefferson Street, NW, Suite L35,

   City, State, Zip Code: Washington DC, 20007

   Telephone: +1 202.897.2725      Facsimile: +1 202.838.8245

2. Since  April 30, 1984 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  Virginia .
   Applicant's bar license number is  23511 .

3. Applicant has been admitted to practice before the following courts:

   Court:                                    Admission date:
   See Attached

# UNITES STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission Date |
| --- | --- |
| U.S. District Court for the Eastern District of Virginia | April 30, 1984 |
| U.S. District Court for the District of Columbia | March 7, 1994 |
| U.S. District Court for the District of Maryland | October 5, 2009 |
| U.S. Patent and Trademark Office, Patent Bar (Reg. No. 32,588) | June 10, 1987 |
| U.S. Court of Appeals for the Fourth Circuit | June 20, 1984 |
| U.S. Court of Appeals for the Third Circuit | June 1, 2007 |
| U.S. Court of Appeals for the District of Columbia Circuit | January 31, 2002 |
| U.S. Court of Appeals for the Federal Circuit | April 25, 1986 |
| U.S. Supreme Court | December 5, 1988 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
Not applicable.

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:21-cv-00414-ADA  on the 6th day of July, 2021.

Number: 6:22-cv-00584  on the 27th day of September, 2022.

Number: 7:25-cv-00140-DC-DT  on the 21 day of October, 2025.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
Not applicable.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
Not applicable.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Thad Heartfield, Bar No. 09346800

Mailing address: The Heartfield Law Firm, 2195 Dowlen Rd

City, State, Zip Code: Beaumont, Texas 77706

Telephone: 409.866.3318

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Edward A. Pennington to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Edward A. Pennington
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 17 day of February, 2026.

Edward A. Pennington
[printed name of Applicant]

_____
[signature of Applicant]