UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SPIN SCREEN, INC.,

vs.

KINO-MO LTD., d/b/a HYPERVSN and
YOONGLI LLC,

Case No.: 6:25-CV-00189

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Edward A. Pennington, counsel for Defendant, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Edward A. Pennington may appear on behalf of Defendant in the above case.

IT IS FURTHER ORDERED that Edward A. Pennington, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February _____, 20_____.

_____
UNITED STATES MAGISTRATE JUDGE