UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SPIN SCREEN, INC.** | § | |
| | § | |
| vs. | § | NO:  WA:25-CV-00189-AM-DTG |
| | § | |
| **KINO-MO LTD., YOONGLI LLC** | § | |
| *Defendant* | | |

## ORDER RESETTING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, February 25, 2026 at 09:00 AM (time change only).

**IT IS SO ORDERED** this **18th day of February, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE