IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SPIN SCREEN, INC.,**<br><br>*Plaintiff*,<br><br>V.<br><br>**KINO-MO LTD. d/b/a HYPERVSN and YOONGLI LLC,**<br><br>*Defendants*. | **CASE NO. 6:25-CV-00189**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S [PROPOSED] SCHEDULING ORDER

On _____, the Court conducted a conference in the above-entitled and -numbered case. All parties appeared through counsel. As a result of such hearing, and pursuant to Rule 16, FEDERAL RULES OF CIVIL PROCEDURE, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Event | Plaintiff's Proposal | Court's Order |
|---|---|---|
| Deadline to file a motion to transfer. After this deadline, movants must seek leave of Court and show good cause for the delay. | March 25, 2026 | |
| Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e., the earliest date of invention) for each asserted claim and | April 17, 2026 | |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| | | |
|---|---|---|
| produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. | | |
| The Parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. | April 1, 2026 | |
| Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). | May 22, 2026 | |
| Parties exchange claim terms for construction. | June 5, 2026 | |
| Parties exchange proposed claim constructions. | June 18, 2026 | |
| Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[2] With respect to items of extrinsic evidence, the parties shall identify each such item by | June 26, 2026 | |

---

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| | | |
|---|---|---|
| production number or produce a copy of any such item if not previously produced. | | |
| Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. | July 1, 2026 | |
| Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. | July 7, 2026 | |
| Plaintiff files Responsive claim construction brief. | July 21, 2026 | |
| Defendant files Reply claim construction brief. | August 5, 2026 | |
| Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. | August 6, 2026 | |
| Plaintiff files a Sur-Reply claim construction brief. | August 19, 2026 | |
| Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). | August 26, 2026 | |
| Parties submit optional technical tutorials to the Court and technical advisor (if appointed). | August 30, 2026 | |
| *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches.[3] | September 28, 2026 | |
| Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). | October 12, 2026 | |
| Deadline to add parties. | October 25, 2026 | |

---

[3] All deadlines hereafter follow the original *Markman* hearing date and do not change if the Court delays the *Markman* hearing.

| | | |
|---|---|---|
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. | November 13, 2026 | |
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) | November 23, 2026 | |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. | January 15, 2027 | |
| Fact Discovery Deadline. Fact discovery must be completed by this date. Any fact discovery requests must be propounded so that the responses are due by this date. | February 28, 2027 | |
| Opening Expert Reports. Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). | March 22, 2027 | |
| Rebuttal Expert Reports. Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). | April 19, 2027 | |
| Expert Discovery Deadline. Expert discovery must be completed by this date. | May 3, 2027 | |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall | May 25, 2027 | |

| | | |
|---|---|---|
| file a Joint Report within 5 business days regarding the results of the meet and confer. | | |
| Dispositive motion deadline and Daubert motion deadline.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. | June 25, 2027 | |
| Serve Pretrial Disclosures. By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. | July 15, 2027 | |
| Serve objections to pretrial disclosures/rebuttal disclosures. | July 30, 2027 | |
| Serve objections to rebuttal disclosures. By this date the parties will also exchange draft Motions *in Limine* to determine which may be agreed. | August 17, 2027 | |
| By this date the parties shall exchange a proposed jury charge and questions for the jury. | August 24, 2027 | |
| By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. | August 31, 2027 | |
| By this date the parties shall also submit to the Court their Motions *in Limine*. | September 14, 2027 | |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions in limine From this date onwards, the parties are obligated to notify the Court of any | September 21, 2027 | |

| | | |
|---|---|---|
| changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. | | |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies to motions in limine. | September 28, 2027 | |
| Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | October 8, 2027 | |
| Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates | October 11, 2027 | |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | October 11, 2027 | |
| Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. | October 25, 2027 | |
| Jury Selection at 9:00 a.m. | November 8, 2027 | |
| Jury Trial Commences.[4] | November 8, 2027 | |

---

[4] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.

SIGNED this _____ day of _____, 20\_\_\_\_.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

AGREED:

By: _____
Attorneys for Plaintiffs

By: _____
Attorneys for Defendants