UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SPIN SCREEN, INC.** | § § | |
| vs. | § § § | NO:  WA:25-CV-00189-AM-DTG |
| **KINO-MO LTD., YOONGLI LLC**<br>    *Defendant* | § | |

## ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on February 25, 2026 at 2:00 PM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **20th day of February, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE