IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SPIN SCREEN, INC.,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 6:25-CV-00189-AM-DTG |
| **KINO-MO LTD., et al,** | § | |
| *Defendant,* | § | |

### ORDER REQUIRING PROOF OF SERVICE

The plaintiff, Spin Screen, Inc., filed its complaint on May 7, 2025. Dkt. No. 1. Court records indicate the complaint remains pending before the Court without proof of service of process on, or response of, the defendant, Yoongli LLC. All documents filed with the Clerk of this Court are required to contain an acknowledgment of service by the person served, or proof of service in the form of a statement of the date and manner of service and the names of the persons served, certified by the person who made the service. *See* Fed. R. Civ. P. 4(l)(1) (requiring proof of service to be filed with the court unless service is waived).

It is **ORDERED** that the plaintiff shall file proof of service on the defendant no later than March 23, 2026. Failure to respond or to explain why service has not been accomplished may result in the dismissal of the complaint as to the defendant for whom proof of service is not filed, for **FAILURE OF PLAINTIFF TO PROSECUTE OR TO COMPLY**, under Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED** this 5th day of March, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE