**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| SPIN SCREEN, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  6:25-CV-00189 |
| | § | |
| KINO-MO LTD., d/b/a HYPERVSN and | § | |
| YOONGLI LLC, | § | |
| | § | |
| *Defendants.* | § | |

**JOINT MOTION TO ENTER AN AGREED SCHEDULING ORDER**

The parties, Defendant KINO-MO LTD and Plaintiff SPIN SCREEN, INC, upon conferral, have agreed to enter into the Scheduling Order suggested by the Court on March 5, 2026 (Dkt. 18). As such, neither party requests, at this time, any extensions or modifications to the Court's standing Scheduling order.

Both parties agree that they may request reasonable extensions of the Court's deadlines with good cause showing pursuant to FRCP 6(b) – consented or not consented to by the other party.

Dated: April 1, 2026

Respectfully Submitted,

houstonip
*/s/ Shea N. Palavan*_____
Shea N. Palavan (State Bar No. 24083616)
shea@houstonip.com
5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660

1

2

Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)

Attorney for Plaintiff,
*Spin Screen, Inc.*


*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas State Bar. No 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789
Email: thad@heartfieldlawfirm.com


*/s/ Edward A. Pennington*
Edward A. Pennington (*admitted Pro hac vice)*
PENNINGTON OLIAK, PLLC
1055 Thomas Jefferson Street, Ste. L35
Washington, DC 20007
(202) 897-2725    (Telephone)
(202) 838-8245    (Facsimile)
epennington@pennoliak.com

*Attorneys for Defendant Kino-Mo Ltd.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on April 1, 2026, via the Court's CM/ECF System.

>  */s/ Shea N. Palavan*_____
>  *Shea N. Palavan*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for all parties have conferred in good faith regarding the matters addressed herein and have reached agreement on the terms of this Joint Proposed Order.

>  */s/ Shea N. Palavan*_____
>  *Shea N. Palavan*