**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **SPIN SCREEN, INC.** | § | |
| | § | |
| **vs.** | § | **NO:  WA:25-CV-00189-AM-DTG** |
| | § | |
| | § | |
| **KINO-MO LTD., YOONGLI LLC** | § | |
|     *Defendant* | | |

# ORDER CANCELLING MARKMAN HEARING
## HELD IN PERSON

    **IT IS HEREBY ORDERED** that the above entitled and numbered case having been

set for MARKMAN HEARING HELD IN PERSON, on Monday, September 28, 2026 at

02:00 PM  is hereby CANCELLED until further order of the court as parties declined a claim

construction hearing.

    **IT IS SO ORDERED** this **12th day of August, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE