## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **SPIN SCREEN, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **CASE NO. 6:25-CV-00189** |
| **V.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **KINO-MO LTD. d/b/a HYPERVSN and** | § | |
| **YOONGLI LLC,** | § | |
| | § | |
| *Defendants.* | § | |

---

## JOINT STIPULATION REGARDING CLAIM CONSTRUCTION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, Spin Screen, Inc. (hereinafter, "**Plaintiff**"), and Kin-Mo Ltd. d/b/a Hypervsn ("**Defendant**") (collectively, the "**Parties**") by and through their respective undersigned counsel, hereby respectfully jointly submit this Joint Stipulation Regarding Claim Construction, and, in support thereof, would respectfully show unto this Honorable Court as follows:

The Parties, by and through their respective undersigned counsel, hereby stipulate and agree as follows, and respectfully jointly request that this Honorable Court adopt this stipulation, as follows:

1. The Parties agree that all asserted and disputed claim terms, if any, of each of U.S. Patent Nos. 8,284,214 (the "**'214 Patent**") and 8,411,108 (the "**'108 Patent**") (collectively, the "**Patents-in-Suit**") shall be given their plain and ordinary meaning to a person of ordinary skill in the art as of the effective filing date of each of the Patents-in-Suit, and that no claim construction by the Court is necessary at this time.

2.      The Parties agree that no claim construction proceedings are required in light of this stipulation and that the claim construction deadlines currently set in this action may be vacated for good cause shown, subject to paragraph 5 below.

3.      This stipulation is made for purposes of efficiency and case management and is supported by good cause, including the Parties' shared assessment that no term presently requires construction for resolution of the issues presently joined.

4.      This stipulation is without prejudice to, and expressly preserves, the Parties' rights to seek claim construction of any term upon a later showing of good cause, including, but not limited to, in response to issues that could not reasonably have been anticipated before the close of claim construction disclosures or proceedings, or based on developments in the case, discovery, and/or the accused instrumentalities, including those raised during fact or expert discovery, dispositive motions practice, pretrial proceedings, and/or trial. No Party waives any argument regarding infringement, noninfringement, validity, invalidity, enforceability, unenforceability, and/or damages by entering into this stipulation.

5.      Except as expressly set forth herein, all existing case deadlines remain in effect and are not altered by this stipulation absent further order of the Court. Any request to modify other deadlines shall be made by motion or further stipulation consistent with the Court's procedures, including a request for an Amended Scheduling Order.

6.      The Parties request that the Court enter this stipulation as an Order of the Court.

**IT IS SO STIPULATED.**

Dated: October 6, 2025                                  Respectfully submitted,

                                                        **houstonip**

_/s/ J. Thad Heartfield_                                _/s/ Shea N. Palavan_
J. Thad Heartfield                                      Shea N. Palavan (State Bar No. 24083616)

Texas State Bar No. 09346800
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789
Email: thad@heartfieldlawfirm.com

shea@houstonip.com
5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)

*/s/ Edward A. Pennington*
Edward A. Pennington
(admitted *pro hac vice*)
Pennington Oliak PLLC
1055 Thomas Jefferson Street, NW, Ste. L35
Washington, DC 20007
(202) 897-2725 (Telephone)
(202) 838-8245 (Facsimile)
epennington@pennoliak.com

*Attorneys for Plaintiff,*
*Spin Screen, Inc.*

*Attorneys for Defendant,*
*Kino-Mo Ltd. d/b/a Hypervsn*

Having considered the above Joint Stipulation Regarding Claim Construction of the

Parties, the Court hereby adopts said stipulation in its entirety.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that, per FEDERAL RULE OF CIVIL PROCEDURE 4 and 5 and this Court's Procedures, Orders, Schedule, and Rules, including CIVIL LOCAL RULE CV-5(b) and ELECTRONIC FILING PROCEDURES § 15(a), all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail and/or the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

Dated: August 12, 2026          */s/ Shea N. Palavan*
                                        Shea N. Palavan

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for both Parties have met and conferred regarding the matters addressed herein and that each has agreed to the stated stipulation and terms therein.

Dated: August 12, 2026          */s/ Shea N. Palavan*
                                        Shea N. Palavan

[JOINT STIPULATION REGARDING CLAIM CONSTRUCTION]          Case No.: 6:25-CV-00189