FILED
AUG 18 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **SPIN SCREEN, INC.,** <br> **Plaintiff,** <br> **v.** <br><br> **KINO-MO LTD., d/b/a HYPERVSN, and YOONGLI LLC,** <br> **Defendants.** | § <br> § <br> § <br> § <br> § <br> § <br> § | **Case No. 6:25-CV-0189-AM** |

**ORDER**

On March 5, 2026, this Court ordered the Plaintiff to either show proof of service of process on Defendant Yoongli LLC or offer proof of such Defendant's response on or before March 23, 2026. (ECF No. 19.) The March 5th order warned the Plaintiff that a failure to comply with the Court's Order would result in dismissal of all claims against Defendant Yoongli LLC without further notice for want of prosecution under Federal Rule of Civil Procedure 41(b).

The March 23 deadline has now expired, and the Plaintiff has provided no explanation for the lack of prosecution against Defendant Yoongli LLC, nor has the Plaintiff filed the requested proof of service or response. The Court thus finds it proper to dismiss the Plaintiff's claims against Defendant Yoongli LLC for failure to prosecute.

IT IS THEREFORE **ORDERED** that the Plaintiff's claims against Defendant Yoongli LLC are **DISMISSED WITHOUT PREJUDICE**.

SIGNED and ENTERED on this 18th day of August 2026.

ALIA MOSES
Chief United States District Judge