**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **SPIN SCREEN, INC.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:25-CV-00189-** |
| | § | |
| **KINO-MO LTD., d/b/a HYPERVSN and YOONGLI LLC,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION AND TERMINATION OF ELECTRONIC NOTICES**

Defendant, KINO-MO LTD. ("KINO-MO"), respectfully requests that J. Thad Heartfield of The Heartfield Law Firm be permitted to withdraw as counsel of record for Defendant, KINO-MO. The granting of this motion imposes no delay and will not affect any deadlines in the case. Further, the clerk is requested to terminate all CM/ECF notifications as to Mr. Heartfield for this action. Counsel for Plaintiff does not object to the filing of this Motion.

Dated: October 19, 2026

Respectfully Submitted,

*/s/ J. Thad Heartfield*

J. Thad Heartfield
Texas State Bar No. 09346800
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789
Email: thad@heartfieldlawfirm.com

*Attorneys for Defendant, Kino-Mo Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on October 19, 2026, via the Court's CM/ECF System.

*/s/ J. Thad Heartfield*
J. Thad Heartfield

**CERTIFICATE OF CONFERENCE**

On October 19, 2026, counsel for Plaintiff and Defendant met and conferred pursuant to Local Rule CV-7(i). Plaintiff does not oppose the relief sought herein.

*/s/ J. Thad Heartfield*
J. Thad Heartfield