**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **SPIN SCREEN, INC.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:25-cv-00189-AM** |
| | § | |
| **KINO-MO LTD. d/b/a HYPERVSN and YOONGLI LLC,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**ORDER**

Before the Court is J. Thad Heartfield's Unopposed Motion for Withdrawal of Representation and Termination of Electronic Notices. Having considered the Motion, the court finds that it should be and hereby is GRANTED. Accordingly, it is

**ORDERED** that J. Thad Heartfield is withdrawn as counsel of record for Defendant, Kino-Mo Ltd. in the above-captioned matter, and is terminated from electronic notifications for the same.

SIGNED this ____ day of October, 2026.

________________________________
JUDGE PRESIDING